LAWRENCE BREWSTER
Acting Regional Solicitor
MARY K. ALEJANDRO
Counsel for ESA Programs
**JAN M. COPLICK, Senior Trial Attorney**
*Designated Counsel for Service*
California State Bar Number 124503
E-Mail: Coplick.Jan@dol.gov
Office of the Solicitor
United States Department of Labor
71 Stevenson Street, Suite 1110
San Francisco, California 94105

Telephone:  (415) 975-4480
Facsimile:   (425) 975-4495

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>            Plaintiff,<br><br> v.<br><br>JASMINE HALL CARE HOMES, INC., a corporation, HALL CARE HOMES, INC., a corporation, GEORGE K. HALL, an individual, and ESTELA HALL, an individual<br><br>            Defendants. | CIVIL ACTION NO. 2:05-cv-01306-GEB-KJM<br><br><br>STIPULATION FOR FILING OF AMENDED COMPLAINT |

      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

      IT IS FURTHER STIPULATED that the defendants waive notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendants to the original

\ \

*Stipulation for Filing of Amended Complaint*

*Page-* 1

PDF created with pdfFactory trial version www.pdffactory.com

complaint shall be responsive to the amended complaint.

DATED:  March 3, 2006.

HOWARD M. RADZELY
Solicitor of Labor

LAWRENCE BREWSTER
Acting Regional Solicitor

MARY K. ALEJANDRO
Counsel for ESA Programs

By: /s/ _____
JAN M. COPLICK
Senior Trial Attorney
Attorneys for Plaintiff, Secretary of Labor

DATED: March 2, 2006

ALLEN MATKINS LECK GAMBLE &
MALLORY LLP

By: /s/_____
LINDBERGH PORTER JR.
BALDWIN J. LEE
Attorneys for Defendants

   Plaintiff's First Amended Complaint, attached to the Parties' Stipulation For Filing Of Amended Complaint, is hereby accepted for filing herein.  Defendants' previously filed Answer shall be deemed to Answer the allegations of the First Amended Complaint.

   PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:  March 13, 2006

                /s/ Garland E. Burrell, Jr.

            GARLAND E. BURRELL, JR.
            United States District Judge