```
 1  BALDWIN J. LEE (BAR NO. 187413)
    JENNIE L. LEE (BAR NO. 191350)
 2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA  94111-4074
 4  Phone:  (415) 837-1515
    Fax:  (415) 837-1516
 5  E-Mail:  blee@allenmatkins.com
             jlee@allenmatkins.com
 6
    Attorneys for Defendants
 7  JASMINE HALL CARE HOMES, INC., HALL
    CARE HOMES, INC., GEORGE K. HALL, AND
 8  ESTELA HALL
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JASMINE HALL CARE HOMES, INC., a corporation, HALL CARE HOMES, INC., a corporation, GEORGE K. HALL, an individual, and ESTELA HALL, an individual,<br><br>　　　　Defendants. | Case No. 2:05-CV-1306-GEB-KJM<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER** |

WHEREAS Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins") remains counsel for Defendants JASMINE HALL CARE HOMES, INC., HALL CARE HOMES, INC., GEORGE K. HALL and ESTELA HALL ("Defendants") in the above-captioned matter, and Lindbergh Porter, Jr. has left the Allen Matkins firm.

IT IS HEREBY STIPULATED AND AGREED THAT:

Baldwin J. Lee and Jennie L. Lee of Allen Matkins, Three Embarcadero Center, 12th Floor, San Francisco, California, 94111-4074, hereby substitute as counsel of record for all Defendants replacing Lindbergh Porter, Jr. (presently at Littler Mendelson P.C.,

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

689378.01/SF

Case No.  2:05-CV-1306-GEB-KJM
STIPULATION FOR SUBSTITUTION OF
COUNSEL AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  650 California Street, 20th Floor, San Francisco, CA 94108).  Baldwin Lee and Jennie Lee
2  are members of the bar of this Court.

    I consent to the foregoing substitution.

Dated: October_3, 2006             LITTLER MENDELSON, P.C.
                                   LINDBERGH PORTER, JR.


                                   By:  /s/ Lindbergh Porter, Jr.


    The foregoing substitution is accepted.

Dated: October_3, 2006             ALLEN MATKINS LECK GAMBLE
                                   MALLORY & NATSIS LLP


                                   By:  /s/ Baldwin J. Lee
                                       BALDWIN J. LEE


### **ORDER**

    The foregoing substitution is approved.

DATED:  October 5, 2006
                                    /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.

                                   United States District Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

689378.01/SF

Case No.  2:05-CV-1306-GEB-KJM
STIPULATION FOR SUBSTITUTION OF
COUNSEL AND ORDER

-2-

PDF created with pdfFactory trial version www.pdffactory.com