```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   ELAINE CHAO, Secretary of Labor, )
11 United States Department of Labor,)
                                     )    2:05-cv-1306-GEB-KJM
12               Plaintiff,          )
                                     )
13      v.                           )    ORDER
                                     )
14 JASMINE HALL CARE HOMES, INC., a  )
   corporation; HALL CARE HOMES,     )
15 INC., a corporation; GEORGE K. HALL,)
   an individual; and ESTELA HALL, an)
16 individual,                       )
                                     )
17               Defendants.         )
                                     )
18
19
```

On December 19, 2006, the parties filed a "Stipulation and [Proposed] Order for Limited Extension of Discovery to Facilitate Mediation" ("Stipulation") in which they request that their discovery completion, law and motion, and final pretrial conference dates be extended in order to permit the parties with time to "engage in mediation . . . ." (Stipulation at 1.)

Since the parties stipulate to having the Status (Pretrial Scheduling) Order ("Status Order") modified, and the modifications, though slightly different from what the parties

requested, can be made in a manner that will not adversely affect the Court's docket, the Status Order is modified as follows:

       (1) any remaining depositions (no more than six (6) per side) shall be concluded no later than March 16, 2007;

       (2) the deadline for Plaintiff to respond to Defendants' Special Interrogatories, Set Two, and Request for Production, Set Two, shall be March 9, 2007;

       (3) discovery shall be completed by April 2, 2007;

       (4) the last hearing date for motions shall be May 14, 2007, at 9:00 a.m.; and

       (5) the final pretrial conference is set for July 2, 2007, at 2:30 p.m.[1]

       IT IS SO ORDERED.

Dated:  December 20, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Accommodating the parties' requested modifications to the Status Order necessarily reduces the amount of time between the trial commencement date of July 24, 2007, and the final pretrial conference. Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.