# *Section 1*
## Essential Legal Provisions

| | | |
|---|---|---|
| 1000. | Introductory Statement | 2 |
| 1001. | Statement Of At-Will Employment Status | 2 |
| 1002. | Integration Clause and the Right to Revise | 3 |
| 1003. | Acknowledgment of Receipt | 3 |
| 1004. | Equal Employment Opportunity | 4 |
| 1005. | Unlawful Harassment | 5 |

Exhibit Y
Page 2

**DEF1186**

# *Section 1*
# **Essential Legal Provisions**

### 1000.  Introductory Statement

Welcome! As an employee of Hall Care Homes, Inc., you are an important member of a team effort. We hope you will find your employment to be both rewarding and challenging.

Because our success depends on the dedication of our employees we carefully select our new employees. In turn, we expect employees to contribute to the success of our corporation.

This employee handbook sets forth the terms and conditions of employment of all employees and supervisors. Individual written employment contracts may supersede some of the provisions of this handbook.

This handbook summarizes the policies and practices in effect at the time of publication. All previously issued handbooks and any inconsistence policy or benefit statements or memoranda are superseded.

This handbook is designed to familiarize you with our major policies. Your supervisor or administrator will be happy to answer any questions you may have.

### 1001.  Statement Of At-Will Employment Status

Employment with Hall Care Homes, Inc. is employment at-will. Employment at-will may be terminated with or without cause and with or without notice at any time by the employee or the corporation. Nothing in this Handbook or in any document or statement shall limit the right to terminate employee at-will. No manager, supervisor, administrator, or employee of the corporation has any authority to enter into an agreement for employment for any specified period of time or to make an agreement for employment other than at-will. Only the president of Hall Care Homes, Inc. has the authority to make any such agreement, which is binding and only if it is in writing.

Exhibit  Y
Page  3

**DEF1187**

**1002.  Integration Clause and the Right to Revise**

Hall Care Homes, Inc. reserves the right to revise, modify, delete or add to any an all polices, procedures, work rules or benefits stated in this handbook or in any other document, except for the policy of at-will employment. However any such change must be in writing and signed by the president of Hall Care Homes, Inc.

Any written changes to this handbook will be distributed to all employees so that employees will be aware of the new policies or procedures. No oral statements or representations can in any way change or alter the provisions of this handbook.

This handbook sets fort the entire agreement between you and the corporation as to the duration of employment, and the circumstances under which employment may be terminated. Nothing in this employee handbook or in any other personnel document, including benefits plan descriptions, created or is intended to create a promise or representation of continued employment for any employee.

**1003.  Acknowledgment of Receipt**

I have received my copy of the Hall Care Homes, Inc. employee handbook. I understand and agree that it is my responsibility to read and familiarize myself with the policies and procedures contained in the handbook.

I understand that except for employment at-will status, and all policies or practices can be changed at any time by Hall Care Homes, Inc.. Hall Care Homes, Inc. reserves the right to change my hours, wage and working conditions at any time. I understand and agree that other than the president of the corporation, no manager, supervisor, administrator, or representative of the corporation has authority to enter into any agreement, express or implied, for employment for any specified period or time, or to make any agreement for employment other than at-will; only the president has the authority to make any such agreement and then only in writing signed by the president.

I understand and agree that nothing in the employee handbook creates or is intended to create a promise or representative of continued employment and that employment at Hall Care Homes, Inc. is employment at-will; employment may be terminated at the will of either the corporation or myself. My signature below certifies that I understand that the foregoing agreement on at-will status is the sole and entire agreement between Hall Care Homes, Inc. and myself concerning the duration of my employment and the circumstances under which my employment may be terminated. It supersedes all prior agreements, understandings and representations concerning my employment with Hall Care Homes, Inc..

Employees Signature:_____  Date:_____

Exhibit   Y
   Page 4                                    3

210

DEF1188

## 1004.  Equal Employment Opportunity

Hall Care Homes is an equal opportunity employer and makes employment decisions on the basis of merit. We want to have the best available persons in every job. Hall Care Homes policy prohibits unlawful discrimination based on race, color, creed, sex, religion, marital status, age, national origin or ancestry, physical or mental disability, medical condition including genetic characteristics, sexual orientation. It also prohibits unlawful discrimination based on the perception that anyone that has any of those characteristics, or is associated with a person who has or is perceived as having any of those characteristics. All such discrimination is unlawful.

Hall Care Homes is committed to complying with all applicable laws providing equal employment opportunities. This commitment applies to all persons involved in the operations of Hall Care Homes and prohibits unlawful discrimination by any employee of the corporation including supervisors, administrators, and coworkers.

To comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, Hall Care Homes will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an employee unless undue hardship would result.

Any applicant or employee who requires an accommodation in order to perform the essential functions of the job should contact a representative of Hall Care Homes with day-to-day personnel responsibilities and request such an accommodation. The individual with the disability should specify what accommodation he or she needs to perform the job. Hall Care Homes then will conduct an investigation to identify the barriers that interfere with the equal employment opportunity of the applicant or employee to perform his or her job. Hall Care Homes will identify possible accommodations, if any, that will help eliminate the limitation. If the accommodation is reasonable and will not impose an undue hardship, Hall Care Homes will make the accommodation.

If you believe you have been subject to any form of unlawful discrimination, submit a written complaint to your supervisor or administrator. Your complaint should be specific and should include the names of the individuals involved and the names of any witnesses. Hall Care Homes will immediately undertake an effective, thorough and objective investigation and attempt to resolve the situation. If the company determines that unlawful discrimination has occurred, effective remedial action will be taken commensurate with the severity of the offense. Appropriate action also will be taken to deter any future Discrimination. Hall Care Homes will not retaliate against you for filing a complaint and will not knowingly permit retaliation by management employees or

Exhibit  Y
Page  5                          4

211

**DEF1189**

your coworkers.

## 1005.  Unlawful Harassment

Hall Care Homes, Inc. is committed to providing a work environment free of unlawful harassment. Our policy prohibits sexual harassment, and harassment based on pregnancy, childbirth or related medical conditions, race, religious creed, color, national origin or ancestry, physical or mental disability, medical condition, marital status, age, sexual orientation or any other basis protected by federal, state or local law or ordinance or regulation. All such harassment is unlawful. Hall Care Home's anti-harassment policy applies to all persons involved in the operation of the corporation and prohibits harassment by any employee of the corporation, including supervisors, administrators an co-workers. It also includes a perception that anyone that has any of these characteristics, or is associated with a person who is perceived as having any of these characteristics.

Prohibited unlawful harassment includes, but is not limited to, the following behavior:

a.  Verbal conduct such as epithets, derogatory jokes or comments, slurs or unwanted sexual advances, invitations or comments;

b.  Visual displays such as derogatory and/or sexually-oriented posters, photography, cartoons, drawings or gestures;

c.  Physical conduct such as assault, unwanted touching, intentionally blocking normal movement or interfering with work because of sex, race or any other protected basis;

d.  Threats and demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss, and offers of employment benefits in return for sexual favors; and

e.  Retaliation for having reported or threatened to report harassment.

If you believe that you have been unlawfully harassed, provide a written complaint to your own or any other Hall Care Homes administrator or the president of the corporation as soon as possible after the incident. Your complaint should include details of the incident or incidents, names of the individuals involved and names of any witnesses. Administrators will refer all harassment complaints to the Vice-President of Operations or the President of Hall Care Homes, Inc.. The corporation will immediately undertake an effective, thorough and objective investigation of the harassment allegations.

Exhibit   Y
  Page  6

  212                                          5

If the corporation determines that unlawful harassment has occurred, effective remedial action will he taken in accordance with the circumstance involved. Any employee determined by the corporation to be responsible for unlawful harassment will be subject to appropriate disciplinary action, up to and including termination. A representative of Hall Care Homes will advise all parties concerned of the results of the investigation. The company will not retaliate against you for filing a complaint and will not tolerate or permit retaliation by managers, employees or co-workers. Hall Care Homes encourages all employees to report any incidents of harassment forbidden by this policy immediately so that complaints can be quickly and fairly resolved. You also should be aware that the Federal Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment in employment. If you think you have been harassed or that you have been retaliated against for resisting or complaining, you may file a complaint with the appropriate agency. The nearest office is listed in the telephone book.

Exhibit   Y
Page   7

213

**DEF1191**

# *Section 2*
## Employment Policies and Practices

| | | |
|---|---|---|
| 2000. | Procedures for Employment | 8 |
| 2001. | Trial Period | 8 |
| 2002. | Job Classification | 9 |
| 2002a | Regular Employee | 9 |
| 2002b. | Full Time Employees | 9 |
| 2002c. | Part Time Employees | 9 |
| 2002d. | Live-in Employees | 10 |
| 2002e. | Temporary Employees | 10 |
| 2002f. | Performance Evaluations | 10 |
| 2003. | Time Keeping and Overtime | 11 |
| 2004. | Absence, Tardiness | 11 |
| 2005. | Paychecks | 12 |
| 2006. | Inactive Status | 12 |
| 2007. | Temporary Transfers | 12 |
| 2008. | Job Duties | 13 |
| 2009. | Work Schedules | 13 |
| 2010. | Meals and Rest Periods | 13 |
| 2011. | Blocks of Personal Time | 13 |
| 2012 | Timekeeping Requirements | 14 |
| 2013. | Payment of Wages | 14 |
| 2014. | Call-In-Pay | 15 |
| 2015. | Pay for Mandatory Meetings and Training | 15 |
| 2016. | Overtime | 15 |
| 2017. | Advances | 16 |
| 2018. | Personnel Records | 16 |
| 2019. | Employee References | 17 |
| 2020. | Open Door Policy | 17 |
| 2021. | Employment of Relatives | 18 |
| 2022. | Conflicts of Interest | 18 |
| 2023. | Bridging of Time | 18 |
| 2024. | Reductions in Force | 19 |
| 2025. | Progressive Discipline, Involuntary Terminations and Grievances | 19 |
| 2026. | Voluntary Termination | 20 |

Exhibit   Y
Page   8

214

**DEF1192**

## *Section 2*
## **Employment Policies and Procedures**

### General Personal Policy

Hall Care Homes is an Equal Opportunity Employer. It is the policy of Hall Care Homes to provide equal employment opportunity to all qualified individuals without regard to their age, race, sex, color, creed (or lack thereof) or national origin. These factors have no bearing in any personnel area including recruitment, evaluation, selection, promotion, compensation, and termination.

### 2000.  Procedures for Employment

1. All candidates for employment must submit a signed application with names of references.

2. All candidates for employment must undergo a personal face-to-face interview.

3. No candidate for employment will be accepted unless he/she is of good character and is physically fit to the extent that the applicant is physically able to carry out the normal duties of the position without jeopardy to his/her health or the health and welfare of other employees.

4. All potential employees are required to undergo a complete physical, including a drug test before they are hired. If he or she passes the tests and is otherwise acceptable, they will be notified of a starting date.

### 2000.  Trial Period

The first 6 months of continuous employment at Hall Care Homes is considered a trial period. During this time you will learn your responsibilities, get acquainted with fellow employees, consumer residents, and determine whether or not you are happy with your job. Your supervisor will closely monitor your performance.

Upon completion of the trial period Hall Care Homes will review your performance. If Hall Care Homes finds your performance satisfactory and decides to continue your employment, it will advise you of any improvements expected from you. At that time, you may express suggestions to improve Hall Care Homes efficiency and operations. Completion of the trial period does not entitle you to remain employed by Hall Care Homes for a definite period of time, but rather allows both you and Hall Care Homes to evaluate whether or not you are right for the position. After completion of the trial period, eligible employees will receive the benefits described in the handbook.

**DEF1193**

An employee must have completed the six month trial period to be eligible for employment benefits. Health care take effect after six months of full-time employment. Health care is only for employees who choose to participate in the health program. It is not an automatic benefit.

An employee who is promoted has a six month probationary period in the new position, but of course, existing employment benefits continue during this period. A job performance review will be done at the end of the six month trial period or sooner if determined by the Manager and/or Supervisor.

## 2001. Job Classification

1.   Employees are hired and classified as one of the following:

   a.   *Full-time:* Employees regularly working 37 ½ hours or more per week.

   b.   *Part-time:* Employees whether regular or temporary, who work fewer than 37 ½ hours a week.

   c.   *Permanent:* Full-time and part-time employees who have completed the trial period.

   d.   *Temporary:* Employees hired for a limited length of time to perform a specific task.

   e.   *Volunteer:* Applies to persons who donate time to the organization and do not receive financial compensation for his or her services.

## 2002a. Regular Employees

Regular employees are those who are hired to work on a regular schedule. Regular employees may be classified as full-time, part-time, or live-in.

## 2002b. Full-Time Employees

Regular full-time employees are those who are normally scheduled to work and who do work a scheduled 37 ½ hours per week. Following the completion of the trial period, regular full-time employees are eligible for most employee benefits described in this handbook.

## 2002c. Part-Time Employees

Part-time employees are those who normally are scheduled to work and who do work less than 37 ½ hours per week but not less than 20 hours. Part-time

Exhibit Y
Page 10

9

**DEF1194**

216

employees are eligible for the following Hall Care Homes benefits: pro rata vacations and work breaks.

## 2002d. Live-In Employees

Live-in employees are those who work and reside on the premises of one of Hall Care Homes residential care facilities on a permanent basis or for an extended period of time (5 days).

According to Section 785.23 of Title 29, Part 785 of the Code of Federal Regulations: "An employee who resides on his employer's premises on a permanent basis or for extended periods of time is not considered as working all the time he is on the premises. Ordinarily, he may engage in normal private pursuits and thus . . . It is of course difficult to determine the exact hours worked under these circumstances . . ."

Live-in employees are therefore considered full-time employees even though they may work fewer than 37 ½ hours per week and compensated on the basis of a salary based on an eight hour work day. Following the completion of the trial period, live-in employees are eligible for most employee benefits described in this handbook.

## 2002e. Temporary Employees

Temporary employees are those employed for short-term assignments. Short term assignments general will be periods of six months or less; however, such assignments may be extended. Temporary employees are not eligible for employee benefits except where mandated by applicable law.

## 2002f. Performance Evaluations

Employees will receive periodic performance reviews. The review will be conducted by your supervisor who will discuss it with you. Your first performance evaluation will be after completion of your trial period. After that review, performance evaluations will be conducted annually, on or about the anniversary date of your employment with Hall Care Homes. The frequency of performance evaluations may vary depending upon the length of service, job position, past performance, changes in job duties or recurring performance problems.

Your performance evaluations may review factors such as the quality and quantity of the work you perform, your knowledge of the job, your initiative, your work attitude and your attitude toward others. The performance evaluations should help you become aware of your progress, areas for improvement and objectives or goals for future work performance. Favorable performance evaluations do not guarantee increase in salary or promotions. Salary or wage increases and

promotions are solely within the discretion of Hall Care Homes and depend upon many factors in addition to performance. After the review you will be required to sign the evaluation report simply to acknowledge that it has been presented to you and discussed with you by your supervisor, and that you are aware of its contents.

## 2003.  Time Keeping and Overtime

1.  Work-time schedules, assignments, and days off are arranged by the Vice-President of Operations.

2.  The Federal Wage and Hour Law and the State, require that Hall Care Homes maintain a complete and accurate record of hours worked. The records are kept by employees recording of staff service activity sheets. Each employee is personally responsible for his/her time sheets and for personally recording the start and end of each service provided. Any employee signing in or out for another employee or allowing another employee to do so, is subject to immediate termination.

3.  Any employee falsifying data on a time sheets is subject to immediate termination.

4.  Employees must work the full or part day for which they are scheduled. Employees must give written notification of a request to leave early or request a day off, other than a sick day, and must have approval from their. Administrator. All written requests must be sent to their Administrator for approval 48 hours in advance. If an employee leaves early or takes a day off, other than a sick day, without approval, the employee is subject to immediate termination.

5.  Overtime: Overtime refers to the rate of pay granted to a non-management employee in return for additional work over 40 hours per week. Overtime pay will be computed on the basis of the employees regular rate of pay. As general policy, overtime is actively discouraged.

## 2004.  Absence, Tardiness

1.  **Absence** from work is considered time off. All employees must notify their Administrator if the employee is going to be absent on the day scheduled. In the absence of the Administrator the chief of operations must be notified. The employee must call in each day he/she is off. If the employee is off three days in a row due to illness, he/she must bring in a doctor's note to return to work. Failure to notify the appropriate Manager by the proper time and/or failing to report for work is considered "Failure to report." The usual disciplinary procedure for "Failure to report" is as follows:

Exhibit  Y
Page  12

11

**DEF1196**

218

> **First time**: Written Warning
> **Second time**: Immediate Termination

2. **Tardiness** is defined as an employee not being at the work station ready to work at the beginning of the shift. Tardiness may result in a reduction in pay (a dock) of one hour for that shift. Excused tardiness must have the approval of the Administrator, or in their absence the chief of operations. Frequent tardiness will also subject an employee to disciplinary procedure for "tardiness" as follows:

> **First time**: Verbal Warning
> **Second time**: Written Warning
> **Third time**: Possible Termination

## 2005. Paychecks

1. All paychecks must be cashed within 30 day of distribution. Lost, stolen, or misplaced paychecks must he reported immediately to the appropriate officer. Employees are held strictly accountable for all employment and payroll records, including their true name, address, zip code, marital status, and withholding statements. Employees who make untruthful or misleading statements in these records will be subject to immediate termination. Paychecks are given to the employee only, or mailed to the employee's home.

2. In the case of severance by the Corporations choice, all pay owed to the employee will be given to him/her at the time of severance. If the employee leaves with no prior notice, and at his or her own volition, any outstanding pay will be paid on the regular pay cycle.

## 2006. Inactive Status

Employees who are on any type of leave of absence, work-related or non-work related, that exceeds four months will be placed on inactive status. During the time the employee is on inactive status, no benefits (i.e.. vacation, sick leave) will be earned and seniority will not continue to accrue.

## 2007. Temporary Transfers

Employees who request a transfer for medical and/or family medical leave reasons will be considered for a temporary transfer if a position exists at the time the transfer is requested and the employee is qualified to perform the job. The employee will be paid in accordance with the responsibilities and duties of the temporary job.

Exhibit   Y
Page   13                          12

## 2008.  Job Duties

During the trial period, your supervisor will explain your job responsibilities and the performance standards expected of you.  Be aware that your job responsibilities may change at any time during your employment.  From time to time you may be asked to work on special projects or to assist with other work necessary or important to the operation of your facility or the Corporation.  Your cooperation and assistance in performing such additional work is expected.

Hall Care Homes, Inc. reserves the right, at any time, with or without notice, to alter or change job responsibilities, reassign or transfer job positions, or assign additional job responsibilities.

## 2009.  Work Schedules

Hall Care Homes, Inc. operates residential care facilities which normally house and/or care for consumers throughout the day seven days per week.  Your supervisor will assign your individual work schedule. All employees are expected to be at their work station at the start of their scheduled shifts, ready to perform their work.

Exchanging work schedules with other employees is discouraged.  However, if it is necessary to exchange schedules, notify your supervisor, who may authorize an exchange if possible. Work schedule exchange will not be approved for mere convenience or if the exchange interferes with normal operations or will result in excessive overtime.

The workday (a consecutive 24-hour period begins at 12:01 a.m. and ends at midnight. The workweek begins on Sunday and ends on Saturday.

Overtime will be paid at the rate of time-and-one-half for hours worked in excess of 40 in a workweek.

## 2010.  Meals And Rest Periods

Employees are provided with a one hour meal period, to be taken approximately in the middle of the workday.  Employees are allowed a 15 minute rest period for every four hours of work or major portion thereof.

You are expected to observe your assigned working hours and the time allowed for meal and rest period.  Do not leave the premises during your rest period and do not take more than  fifteen minutes for each rest period.

## 2011. Blocks of Personal Time

Exhibit  Y
Page  14

13

220

**DEF1198**

Title 22 Section 80065(e) requires Hall Care Homes to provide for direct supervision of clients during participation in or presence at potentially dangerous activities or areas in the facility. Further, according to Section 785.23 of Title 29, Part 785 of the Code of Federal Regulations: "An employee who resides on his employer's premises on a permanent basis or for extended periods of time is not considered as working all the time he is on the premises. Ordinarily, he may engage in normal private pursuits and thus . . . It is of course difficult to determine the exact hours worked under these circumstances . . ."

The presence of live-in employees in the facility while not engaged in house keeping, direct care services, or programmed activities and not busy, taking of meals, and scheduled periods for sleep will not be considered as part of the regular work program, or pay schedule. Even though clients may be present in the facility, live-in employees are able to engaging in personal activities of their own such as watching T.V, talking on the telephone, reading, socializing, and entertaining guests of their own, etc.

Time studies conducted by Hall Care Homes indicate that the average amount to time required to carry out the duties of a live-in employee is 4 to 5 hours a day. Live-in employees therefore have large blocks of personal time to engage in activities of their own.

## 2012. Timekeeping Requirements

All Non-exempt employees are required to record time worked on a time sheet for payroll purposes. Employees must record their own time at the start and at the end of each work period, including before and after the lunch break. Employees also must record their time whenever they leave the premises for any reason other than for the Employer's business. Any handwritten marks or changes on the timesheets must be initialed by a supervisor. Recording another employee's timesheet, allowing another employee to record your timesheet, or altering a timesheet is not permissible and is subject to disciplinary action.

Salaried and exempt employees also may be required to record their time on duty using a timesheet. Any errors on your timesheet should be reported immediately to your supervisor, who will attempt to correct legitimate errors.

## 2013. Payment of Wages

Paydays are the last day of each month for work performed during the previous month. If a regular payday falls on a holiday, employees will be paid on the preceding workday.

Paychecks are normally circulated to each facility by the end of the day. If there is

Exhibit  Y
Page  15

14

221

DEF1199

an error on your check, please report it immediately to the Owner/Operator.

Paychecks are given to the employee only, or mailed to the employee's home. In the case of severance by the Corporations choice, all pay owed the employee will given to him/her at the time of severance. If the employee leaves with no prior notice, and at his or her own notification, any outstanding pay will be paid on the regular pay cycle.

### 2014. Call-in Pay

The Corporation will pay a minimum of two hours of pay to employees who are required to report to work on a day other than their normally scheduled workday.

### 2015. Pay for Mandatory Meetings/Training

The Corporation will pay non-exempt employees for their attendance at meetings, lectures and training programs under the following conditions:

- Attendance is mandatory
- The meeting course or lecture is directly related to the employee's job.
- The employee who is require attend such meetings, lectures or training programs will be notified of the necessity for such attendance by his/her supervisor.
- The employee will be paid at their regular rate for time spent at meetings, lectures and training programs if the employee does or does not perform any productive work during such attendance.
- Any hours in excess of 40 in a week will be paid at the appropriate overtime rate, at the hourly rate in effect at the time the overtime work is being performed.

### 2016. Overtime

As necessary, employees may be required to work overtime. For purposes of determining which hours constitute overtime, only actual hours worked in a given workday or workweek will be counted. The Corporation will attempt to distribute overtime evenly and accommodate individual schedules. All overtime work must be previously authorized by a supervisor. The Corporation provides compensation for all overtime hours worked by non-exempt employees in accordance with state and federal law as follows:

All hours worked in excess of eight hours in one workday or 40 hours in one workweek will be treated as overtime. A workday begins at 12:01 a.m. and ends 24 hours later. A workweek begins each Sunday at 12:01 a.m.

Compensation for hours in excess of 40 for the workweek, or in excess of eight

and not more than 12 for the workday, and for the first eight hours on the seventh consecutive day of work in one workweek, shall be paid at a rate one and one-half times the employee's regular rate of pay.

Compensation for hours in excess of 12 in one workday and in excess of eight on the seventh consecutive workday in a workweek shall paid at double the regular rate of pay.

Exempt employees may have to work hours beyond the normal schedules as work demands require. No overtime compensation will be paid to exempt employees.

Salaried employees will receive their salary for any week in which an employee performs any work. For purposes of this salary pay policy, a week is Sunday 12:01 a.m. through Saturday midnight. An employee will receive his/her full pay for any week in which an employee does any work, subject to the following rules.

An employee's salary may be reduced for complete days of absence due to vacations, holiday or personal business, before sick leave benefits accrue or after they are exhausted, and incomplete initial and final weeks of work. Penalties for violations of major safety rules also may be deducted from employees' salaries. An employee's salary will not be reduced due to partial weeks of work due to service as a juror, witness or in the military, or for lack of work. An employee will be provided with full pay for (3) complete weeks for absences due to jury duty or as a witness in addition to payment for any partial weeks of work.

This salary pay policy is intended to comply with the salary pay requirements of the Fair Labor Standards Act and shall be construed in accordance the Act. Employees are encouraged to bring any questions concerning their salary pay to the Licensee/Owner so that any inadvertent error can be corrected.

## 2017. Advance

The Corporation does not permit advances against paychecks or against un-accrued vacation.

## 2018. Personnel Records

You have a right to inspect documents in your personnel file, as provided by law, in the presence of a Corporate representative at a mutually convenient time. No copies of documents in your file may be made, with the exception of documents that you have previously signed. You may add your version of any disputed item to the file.

The Corporation will attempt to restrict disclosure of your personnel file to authorized individuals in the company. Any request for information from

personnel files must be directed to the Licensee/Owner. Only the Licensee/Owner is authorized to release information about current or former employees. Disclosure of personnel information to outside sources will be limited. However, the Corporation will cooperate with requests from authorized law enforcement or local, state or federal agencies conducting official investigations and as otherwise legally required.

The Corporation is required by law to keep current all employees names and addresses. Employees are responsible for updating the information in their personnel file.

## 2019. Employee References

All request for references must be directed to the Licensee/Owner. No other manager, supervisor or employee is authorized to release references for current or former employees. Hall Care Homes, Inc. policy as to references for employees who have left the corporation is to disclose only the dates of employment and the title of the last position held. If you authorize disclosure in writing, the corporation also will provide a prospective employer with information on the amount of salary or wage you last earned.

## 2020. Open Door Policy

Suggestions for improving the Corporation are always welcome. At some time, you may have a complaint, suggestion or question about your job, your working conditions or the treatment you are receiving. Your good-faith complaints, questions and suggestions also are of concern to the Corporation. We ask that you make your concerns first to your supervisor, following these steps:

1. Within a week of the occurrence, bring the situation to the attention of your immediate supervisor who will then investigate and provide a solution or explanation.

2. If the problem persists, you may describe it in writing and present it the V.P. of Operations who will investigate and provide a solution or explanation. It is recommended that you bring the mater to the V.P. of Operations as soon as possible after you believe that your immediate supervisor has failed to resolve the matter.

3. If the problem is not resolved, you may present the problem in writing to the Licensee/Owner who will attempt to reach a final resolution.

This procedure, which we believe is important for both you and the Corporation cannot guarantee that every problem will be resolved to your satisfaction. However, the Corporation values your input and you should feel

**DEF1202**

free raise issues of concern, in good faith, without the fear of retaliation.

## 2021. Employment of Relatives

Relatives of employees may be eligible for employment with the Hall Care Homes, Inc. only if individuals involved do not work in direct supervisory relationship, or in job positions in which a conflict of interest could arise. The Corporation defined "relatives" as spouses, children, siblings, parents, in-laws and step-relatives. Present employees who marry will be permitted to continue working in the job position held only if they do not work in direct supervisory relationship with one another or in job positions involving conflict of interest

## 2022. Conflict of Interest

All employees must avoid situations involving actual or potential conflict of interest. Personal or romantic involvements with a subordinate employee of the Corporation, which impairs an employee's ability to exercise good judgment on behalf of the Corporation, creates an actual or potential conflict of interest Supervisor-subordinate romantic or personal relationships also can lead to supervisory problems, possible claims of sexual harassment, and morale problems.

An employee involved in any of the types of relationships or situations described in this policy should immediately and fully disclose the relevant circumstances to his/her immediate supervisor, or any other appropriate supervisor for a determination as to whether a potential or actual conflict exists. If an actual or potential conflict is determined, the Corporation will take whatever corrective action appears appropriate according to the circumstances. Failure to disclose facts shall constitute grounds for disciplinary action.

## 2023. Bridging of Time

The Corporation will give credit to employees previously employed by the company, provided the break in service does not exceed 365 days. The break in service time will be deducted from the employee's original service date for purposes of the following:

- Seniority date
- Vacation accrual
- Sick leave accrual
- Retirement

Employees whose break in service is less than the six month waiting period for health benefits will be reinstated into the health benefit plan in which they were enrolled prior to their termination.

Exhibit   Y
Page  19                                    18

**DEF1203**

## 2024. Reduction in Force

Under some circumstances, Hall Care Homes may need to restructure or reduce its workforce. If it becomes necessary to restructure our operations or reduce the number of employees, the Corporation will attempt to provide advance notice, if possible so as to minimize the impact on those affected. If possible, employees subject to layoff will be informed of the nature of the layoff and the foreseeable duration of the layoff-whether short term or indefinite.

In determining which employees will be subject to layoff, the Corporation will take into account, among other things operation and requirements, the skill, productivity, ability and past performance of those involved and also, where feasible, the employee's length of service.

## 2025. Progressive Disciplinary, Involuntary Terminations, and Grievances

Violation of Corporate policies and rules may warrant disciplinary action. The Corporation has established a system of progressive discipline that includes verbal warnings, written warnings and suspension. The system is not formal and the Corporation may, in its sole discretion, utilize whatever form of discipline is deemed appropriate under the circumstances, up to and including termination of employment. The Corporation's policy of progressive discipline in no way limits or alters the at-will employment relationship.

**Involuntary Termination:** Full authority for termination rests with the Licensee/Owner. Grounds for dismissal include, but are not limited to the following:

a.    Mistreatment of clients, other employees, guests, or volunteers.

b.    Theft of anything from anyone including those items donated to the facility

c.    Willful damage to the company property or the property of clients or of anyone else.

d.    Committing or attempting to commit damage to company property by act or neglect.

e.    Intoxication or other drug abuse on the job or prior to the shift so as to impair the employees ability to carry out the job.

f.    Falsification of any record.

g.    Insubordination

h.     Unsatisfactory job performance.

i.      Conviction of a felony or serious misdemeanor.

j.      Excessive absenteeism or excessive tardiness.

k.     Violating company rules which will result in the loss of assets to the company.

l.      Failure to work in harmony with fellow employees.

m.    Fighting

n.     Endangering the health or safety of clients, employees, or volunteers.

o.     Excessive use of vulgar language

**Grievance Procedure:** Any employee experiencing on-the-job problems should bring the matter to his/her supervisor's attention. If the employee is dissatisfied with the action taken by the supervisor, the employee--with the supervisor's knowledge--may bring the matter to the attention of the V.P of Operations for the final disposition. Such a request must be submitted in writing giving full details and reasons for the request.

## 2026. Voluntary Termination

Resignation: If it is necessary for an employee to resign, as a courtesy he/she is asked to submit a written notice to the Licensee/Owner as follows:

Supervisors-     three weeks in advance
All others-      two weeks in advance

Exception: V.P or above- four weeks in advance. All benefits, with the exception of medical care, are terminated on the resignation date. Future references and some possible accrued benefits may depend upon the manner in which an employee terminates employment.

Exhibit  Y
Page  21

227

**DEF1205**

# *Section 3*
# **Standards of Conduct**

| | | |
|---|---|---|
| 3000. | **Prohibited Conduct** | **22** |
| 3001. | **Off-Duty Conduct** | **23** |
| 3002. | **Drug and Alcohol Abuse** | **24** |
| 3003. | **Punctuality and Attendance** | **26** |
| 3004. | **Personal Standards** | **26** |
| 3005 | **Consumer Relations** | **27** |
| 3006. | **Confidentiality** | **27** |
| 3007. | **Business Conduct and Ethics** | **27** |
| 3008. | **Media Contact** | **28** |

Exhibit Y
Page 22

228

**DEF1206**

### Section 3
### Standards of Conduct

## 3000. Prohibited Conduct

The following conduct is prohibited and will not be tolerated by Hall Care Homes, Inc. The list of prohibited conduct is illustrated only; other types of conduct that threatens security, personal safety, employee welfare and the company operations also may be prohibited:

1.  Falsification of employment records, employment information or other company records.

2.  Recording the work time of another employee or allowing any other employee to record your work time, or allowing falsification of any time sheet either your own or another employee.

3.  Theft, deliberate or careless damage or destruction of any company property or the property of any employee or client.

4.  Removing or borrowing company property without prior authorization.

5.  Unauthorized use of company equipment, time, materials, or facilities.

6.  Provoking a fight or fighting during working hours or on company property.

7.  Participating in horseplay or practical jokes on company time or on company premises.

8.  Carrying firearms or any other dangerous weapons on company premises at any time.

9.  Engaging in criminal conduct whether or not related to job performance.

10. Causing, creating or participating in a disruption of any kind during working hours on company property.

11. Insubordination, including but not limited to failure or refusal to obey the orders or instructions of a supervisor or member of management, or the use of abusive or threatening language toward a supervisor or member of management.

12. Using abusive language at any time on company premises.

Exhibit   Y
Page   23

229

**DEF1207**

13.    Failure to notify a supervisor when unable to report to work.

14.    Unreported absence of three (3) consecutive scheduled workdays.

15.    Failure to obtain permission to leave work for any reason during normal working hours.

16.    Failure to observe working schedules, including rest and lunch periods.

17.    Failure to provide a physician's certificate when requested or required to do so.

18.    Sleeping or malingering on the job.

19.    Making or accepting personal telephone calls of more than five minutes in duration during working hours, except in cases of emergency or extreme circumstances.

20.    Working overtime without authorization or refusing to work assigned overtime.

21.    Wearing disturbing, unprofessional or inappropriate styles of dress or hair while working.

21.    Violation of any safety, health, security or company policies, rules or procedures.

23.    Committing a fraudulent act or a breach of trust under any circumstances.

24.    Committing or involvement in any act of unlawful harassment of another individual.

*Note:*  This statement of prohibited conduct does not alter the company policy of at-will employment.  Either you or the company remain free to terminate the employment relationship at any time with or without reason or advance notice.

## 3001. Off-Duty Conduct

While Hall Care Homes does not seek to interfere with the off-duty and personal conduct of its employees, certain types of off-duty conduct may interfere with the company's legitimate business interest.  For this reason employees should be aware of the following policies:

Employees are expected to conduct their personal affairs in a manor that does not

Exhibit  Y
Page  24

230

DEF1208

adversely affect the company or their own integrity, reputation or credibility. Illegal or immoral off-duty conduct on the part of an employee that adversely affects the company's legitimate interests or the employee's ability to perform his or her job will not be tolerated.

While employed by Hall Care Homes, Inc. employees are expected to devote their major energies to their jobs with the company. For this reason, second jobs are strongly discouraged. The following types of outside employment are strictly prohibited:

1. Additional employment that conflicts with an employees work schedule, duties and responsibilities at our company.

2. Additional employment that creates a conflict of interest or is incompatible with the employee's position with the company.

3. Additional employment that impairs or has a detrimental effect on employee's work performance with the company.

4. Additional employment that requires the employee to conduct work or related activities on the company's property during the employers working hours or using the company's facilities and/or equipment.

5. Additional employment that directly or indirectly competes with the business or interests of the company.

Employees who wish to engage in outside employment that may create a real or apparent conflict of interest must submit a written request to the company explaining the details of the additional employment. If the additional employment is authorized, Hall Care Homes assumes no responsibility for the additional employment. The company shall not provide worker compensation coverage or any other benefit for injuries occurring from or arising out of additional employment. Authorization to engage in additional employment can be revoked at any time.

## 3002. Drug And Alcohol Abuse

Hall Care Homes, Inc. is concerned about the use of alcohol, illegal drugs or controlled substances as it affects the workplace. Use of these substances whether on or off the job can adversely affect an employee's work performance, efficiency, safety and health and therefore seriously impair the employee's value to the company. In addition, the use or possession of these substances on the job constitute a potential danger to the welfare and safety of other employees and clients and exposes the company to the risks of property loss or damage, or injury to other persons.

Exhibit   Y
Page 25                                24

**DEF1209**

231

Furthermore, the use of prescription drugs and/or over-the-counter drugs also may affect an employee's job performance and seriously impair the employee s value to the company.

The following rules and standards of conduct apply to all employees either on company property or during the work day (including meals and rest periods).

Behavior that violates company policy includes:

1.  Possession or use of an illegal, or controlled substance or being under the influence of an illegal or controlled substance while on the job.

2.  Driving a company vehicle while under the influence of alcohol.

3.  Distribution, sale or purchase of an illegal or controlled substance while on the job.

Violation of the above rules and standards of conduct will not be tolerated. Hall Care Homes also may bring the matter to the attention of appropriate law enforcement authorities.

In order to enforce this policy Hall Care Homes, Inc. reserves the right to conduct searches of company property or employees and/or their personal property, and to implement other measures necessary to deter and detect abuse of this policy.

An employee's conviction on a charge of illegal sale or possession of any controlled substance while off company property will not be tolerated because such conduct, even though off duty, reflects adversely on the company. In addition, the company must keep people who sell or possess controlled substances off the company's property in order to keep the controlled substances themselves off the premise.

Any employee who is using prescription or over-the-counter drugs that may impair employee's ability to safely perform the job, or affect the safety or well-being of others, must notify a supervisor of such use immediately before starting or resuming work.

Hall Care Homes, Inc. will encourage and reasonably accommodate employees with chemical dependencies (alcohol or drug) to seek treatment and/or rehabilitation. To this end, employees desiring such assistance should request a treatment or rehabilitation leave. Hall Care Homes, Inc. is not obligated, however, to continue to employ any person whose performance of essential job duties is impaired because of drug or alcohol use nor is the company obliged to re-employ any person who has participated in treatment and/or rehabilitation if that person's

DEF1210

job performance remains impaired as a result of dependency. Additionally, employees who are given the opportunity to seek treatment and/or rehabilitation, but fail to overcome their dependency or problem will not automatically be given a second opportunity to seek treatment and/or rehabilitation. This policy on treatment and rehabilitation is not intended to affect the company's treatment of employees who violate the regulations described above. Rather, rehabilitation is an option for an employee who acknowledges chemical dependency and voluntarily seeks treatment to end that dependency.

### 3003. Punctuality and Attendance

As an employee of Hall Care Homes, Inc., you are expected to be punctual and regular in attendance. Any tardiness or absence causes problems for your fellow employees and your supervisor. When you are absent, your assigned work must be performed by others, just as you must assume the workload of others who are absent.

Employees are expected to report to work as scheduled, on time and prepared to start work. Employees also are expected to remain at work for their entire work schedule, except when required to leave on authorized company business. Late arrival early departure and other unanticipated and unapproved absences from scheduled hours are disruptive and must be avoided.

If you are unable to report for work on any particular day, you must under all but the most extenuating circumstances call your supervisor at least one hour before the time you are scheduled to begin working for that day. If you call less than one hour before your scheduled time to begin work, and do not arrive for your assigned shift, you will be considered tardy for that day. In all cases of absence or tardiness, employees must provide their supervisor with an honest reason or explanation. Employees also must inform their supervisor of the expected duration of any absence.

Excessive absenteeism or tardiness (whether excused or not) will not be tolerated. Hall Care Homes, Inc. defines excessive absenteeism as more than **3** days absence in a **1** month period.

If you fail to report for work without any notification to your supervisor and your absence continues or a period of three days, Hall Care Home will consider that you have abandoned your employment and have voluntarily terminated.

### 3004. Personal Standards

Employees are expected to wear clothing appropriate for the nature of our business and the type of work performed. Clothing should be neat, clean and tasteful. Avoid clothing that can create a safety hazard.

## 3005. Consumer Relations

Employees are expected to be polite, courteous, and attentive to every consumer. When an employee encounters an uncomfortable situation that he or she does not feel capable of handling, the supervisor should he called immediately.

We are a service business and all of us must remember that the consumer always comes first. It is the consumer who pays all of our wages.

Consumers are to be treated courteously and given proper attention at all times. Never regard a consumer's question or concerns as an interruption or an annoyance. Consumer inquiries, whether in person or by telephone, must be addressed promptly and professionally.

Never place a telephone caller on hold for an extended period. Direct incoming calls to the appropriate person and make sure the call is received.

Through your conduct, show your desire to assist the consumer in obtaining the help he or she needs. If you are unable to help a consumer, find someone who can.

All correspondence and documents, whether to consumers or others, must be neatly prepared and error-free. Attention to accuracy and detail in all paperwork demonstrates your commitment to those with whom we do business.

Never argue with a consumer. If a problem develops or if a consumer remains dissatisfied, ask your supervisor to intervene.

## 3006. Confidentiality

Each employee is responsible for safeguarding confidential information obtained during employment. In the course of your work, you may have access to confidential information regarding Hall Care Homes, Inc, its suppliers, its consumers or perhaps even fellow employees. It is your responsibility to in no way reveal or divulge any such information unless it is necessary for you to do so in the performance of your duties. Access to confidential information should be on a "need-to-know" basis and must be authorized by your supervisor. Any breach of this policy will not be tolerated and legal action may be taken by the corporation.

## 3007. Business Conduct and Ethics

No employee may accept a gift or gratuity from any consumer, vendor or other person doing business with Hall Care Homes as it may give the appearance of influencing their business decisions, transactions, or service. Please discuss expenses paid by such persons for meals or trips with the company in advance.

Exhibit Y
Page 28

27

**DEF1212**

234

## 3008. Media Contacts

Employees may be approached for interviews or comments by the news media. Only contact people designated by the company may comment on company policy or events that have an impact on Hall Care Homes, Inc..

Exhibit  Y
Page  29

235

**DEF1213**

# *Section 4*
## Operational Considerations

| | | |
|---|---|---|
| 4000. | Employer Property | 30 |
| 4001. | Use of Electronic Media | 30 |
| 4002. | Off-Duty Use of Facilities | 31 |
| 4003. | Employee Property | 32 |
| 4004. | Security | 32 |
| 4005. | Health and Safety | 32 |
| 4106. | Smoking Policy | 32 |
| 4007. | Housekeeping | 32 |
| 4008. | Parking | 33 |
| 4009. | Solicitation and Distribution of Literature | 33 |
| 4010. | Conducting Personal Business | 33 |
| 4011. | Employees Who Are Required To Drive | 33 |
| 4012. | Company Bulletin Board | 34 |
| 4013. | Wage Garnishment | 34 |

Exhibit   Y
Page  30

236

29

**DEF1214**

# Section 4
# Operational Considerations

## 4000. Employer Property

Furnishings, appliances, vehicles and (other property) are Hall Care Homes property and must be maintained according to company rules and regulations. They must be kept clean and are to be used only for work-related purposes. Hall Care Homes reserves the right to inspect all company property to ensure compliance with its rules and regulations, without notice to the employee at any time, not necessarily it the employee's presence.

Hall Care Homes Voice mail and/or Electronic mail (E-mail are to be used for business purposes only. The company reserves the right to monitor voice mail messages and to access E-mail messages to ensure compliance with this rule, without notice to the employee and at any time, not necessarily in the employee's presence.

The company may periodically need to assign and/or change "passwords" and personal codes for (security, voice mail, e-mail, computer). These communications technologies and related storage media are to be used for company business and they remain the property of Hall Care Homes, Inc. The company may keep a record of all passwords/codes used and/or may be able to override any such password system.

Prior authorization must be obtained before any company property may be removed from the premises.

For security reasons, employees should not leave personal belongings of value in the workplace. Personal items are subject to inspection and search, with or without notice, with or without the employee's prior consent.

Terminated employees should remove any personal items at the time they leave the company. Personal items left in the workplace by previous employees are subject to disposal if not claimed at the time of the employee's termination.

## 4001. Use of Electronic Media

Hall Care Homes uses various forms of electronic communication including, but not limited to computers (personal, lap-top), e-mail, telephones (cellular, cordless), voicemail, fax machines, cable, all online services paid for by the company, Internet (World Wide Web). All electronic communications, including all software, databases and hardware, remain the sole property of Hall Care Homes and are to be used only for company business and not for any personal use.

**DEF1215**

Electronic communication/media may not be used in any manner that would be discriminatory, harassing or obscene, or for any other purpose which is illegal, against company policy or not in the best interest of Hall Care Homes, Inc..

Employees who misuse electronic communications and engage in defamation, copyright or trademark infringement, misappropriation of trade secrets, discrimination, harassment or related action will be subject to immediate termination.

Employees may not install personal software in company computer systems. All electronic information created by any employee using any means of electronic communication is the property of Hall Care Homes and remains the property of the company. Personal passwords may be used for purposes of security, but the use of a person password does not affect the companies ownership of the electronic information.

Hall Care Homes will override all personal passwords if it becomes necessary to do so for any reason.

Hall Care Homes reserves the right to access and review electronic files, messages, mail, and other digital archives and to monitor the use of electronic communications as is necessary to ensure that no misuse or violation of company policy or any law occurs.

Employees are not permitted to access the electronic communications of other employees or third parties unless directed to do so by the company management.

Employees who use cell phones, cordless phones, portable computers and fax communication should not us these methods for communicating confidential or sensitive information or any trade secrets.

Access to the Internet, Web sites and other types of company-paid computer access are to be used for company related business only. Any information about the company, its products or services, or other types of information that will appear in the electronic media about the company must be approved by the Licensee/Owner before the information is placed on an electronic information source that is accessible to others.

Questions about access to electronic communications or issues relating to security should be addressed to the Licensee/Owner.

## 4002. Off-Duty Use of Facilities

Live-in employees may remain on the premises and make use of the company

Exhibit   Y
Page  32

**DEF1216**

238

facilities while not on duty.

## 4003. Employee Property

An employee's personal property, including but not limited to, lockers, packages, purses and backpacks may he inspected upon reasonable suspicion of unauthorized possession of company property.

## 4004. Security

Hall Care Homes has developed guidelines to help maintain a secure workplace. Be aware of persons loitering for no apparent reason in parking areas, walkways, entrances and exits, and service areas. Report any suspicious persons or activities to your supervisor. Secure your desk or office, medicine cabinets, knives, and toxic materials and supplies. When called away from the facility, make sure that the doors and windows are locked and the security alarm system has been set. The security of the facility as well as the welfare of our employees depends upon the alertness and sensitivity of every individual to potential security risks. You should immediately notify your supervisor when unknown persons are acting in a suspicious manner in or around the facilities, or when keys are missing.

## 4005. Health and Safety

All employees are responsible for their own safety, as well as others in the workplace. To achieve our goal of maintaining a safe workplace, everyone must be safety conscious at all times. In compliance with California law, and to promote the concept of a safe workplace Hall Care Homes maintains an Injury and Illness Prevention Program. The injury an illness prevention program is available for review by employees and/or employee representatives at the facility site.

In compliance with Proposition 65, the company will inform employees of any known exposure to a chemical known to cause cancer or reproductive toxicity.

## 4006 Smoking Policy

Smoking is not allowed in any enclosed area of the facility.

## 4007. Housekeeping

All employees are expected to keep, their work and living areas clean and organized. Common areas such as the kitchen, living rooms and restrooms are expected to be kept sanitary. Please clean up after meals and dispose of trash properly.

Exhibit   Y
Page   33

239

DEF1217

## 4008. Parking

Employees may not use parking areas specifically designated or company vehicles. Hall Care Homes is not responsible for any loss or damage to employee vehicles or contents while parked on company property.

## 4009. Solicitation and Distribution of Literature

In order to ensure efficient operation of the company business and to prevent disruption to employees, we have established control of solicitations and distribution of literature on company property. Hall Care Homes has established rules applicable to all employees governing solicitation, distribution of written material and entry onto the premises and work areas. All employees are expected to comply strictly with these rules. Any employee who is in doubt concerning the application of these rules should consult his or her supervisor.

No employee shall solicit or promote support for any cause or organization during his or her working time or during the working time of the employee or employees at whom such activity is directed.

No employee shall distribute or circulate any written or printed material in work areas at any time or during his or her working time or during the working time of the employee or employees at whom such activity is directed.

Under no circumstances will non-employees be permitted to solicit or to distribute written material for an purpose on company property.

## 4010. Conducting Personal Business

Employees are to conduct only company business while at work. Employees may not conduct personal business or business for another employer during their scheduled working hours.

## 4011. Employees Who Are Required To Drive

Employees who are required to drive a company vehicle or their own vehicle on company business will be required to show proof of current, valid license and current effective insurance coverage prior to the first day of employment.

Hall Care Homes participates in a system that regularly checks the DMV records of all employees who drive as part of their job.

Hall Care Homes reserves the right to transfer to an alternative position, suspend or terminate an employee whose license is revoked or who fails to maintain personal automobile insurance coverage or who is uninsurable under the

Exhibit   Y
Page 34

240

33

**DEF1218**

company's policy.

## 4012. Company Bulletin Boards

Hall Care Homes maintains bulletin boards located in the kitchens or living rooms. Employees may not post items on the company bulletin boards unless the following conditions are met:

1. Postings may be made by Hall Care Home employees only.
2. The information to be posted must first be approved by the Licensee/Owner.
3. Bulletin boards will be updated as required.
4. Posted items will be dated and will be removed monthly.

## 4013. Wage Garnishments

Hall Care Homes does not look favorably on wage garnishment. We asks employees to conduct their business and personal dealings in a manner that does not result in wage garnishment.

Exhibit   Y
Page   35

241

**DEF1219**

# Section 5
## Employee Benefits

| | | |
|---|---|---|
| 5000. | Basic Benefits | 36 |
| 5001. | Insurance Benefits | 36 |
| 5002. | Sick Leave | 37 |
| 5003. | Medical Leave | 37 |
| 5004. | Pregnancy Related Disability Leave | 38 |
| 4105. | Bereavement Leave | 40 |
| 5006. | Personal Leave | 40 |
| 5007. | Military Leave | 41 |
| 5008. | Jury Duty or Witness Leave | 41 |
| 5009. | Domestic Violence Leave | 41 |
| 5010. | School Activities | 42 |
| 5011. | External Employee Education | 42 |
| 5012. | Recreational Activities and Programs | 42 |
| 5013. | Workers Compensation | 43 |

Exhibit Y
Page 36

242

**DEF1220**

## Section 5
# Employee Benefits

### 5000. Basic Benefits

#### 1. Accident Insurance
Work related injury incurred on the job is covered by Workmen's Compensation. The appropriate supervisor must be notified immediately of any work related injury. There is a 24 hour maximum time allowance for notification in order to qualify for Workmen's Compensation benefits. Any notification after 24 hours may be challenged by the company and/or the insurance carrier handling Workmen's Compensation.

#### 2. Hospitalization
All full-time employees who have met the six months trial requirement can participate in the company's group health plan. Health care is only for full-time employees who choose to participate in the health program. It is not an automatic benefit. To participate, the employee must sign up for this program. The company will contribute to the cost of the employees medical insurance for the first six months. The employee will pay the balance via payroll deduction. After six months of participation in the health plan, the company will pay for the entire cost.

#### 3. Food &Lodging
Direct residential care staff will reside on the premises, in a room with a bed and dresser designated by the facility supervisor. Accommodations shall also include meals for breakfast, lunch, and dinner and also available to the employee during or outside of regular working hours. The cost for food & lodging will be a contribution of Hall Care Homes, Inc.

#### 4. Work Breaks:
All full-time employees are required to take a one hour lunch break each working day. Work breaks are a benefit, not right. Breaks are fifteen minutes each for four consecutive hours worked. These breaks should be taken about the middle of each work shift, preferably one in the morning and one in the afternoon. Work breaks can not be accrued or accumulated. They should be taken as closely as possible to scheduled times so as to allow others to go on break as scheduled.

### 5001. Insurance Benefits

#### 1. Medical & Dental Insurance:
Hall Care Homes provides a comprehensive medical & dental insurance plan for eligible employees and their dependents. Full time permanent employees are eligible for medical insurance after they have passed their six months trial period. Premiums are paid by the employee and Hall Care Homes on a contribution basis. In the event of an increase in

medical insurance premium rates, all employees may be required to contribute to the cost of increased premiums to retain coverage.

2. **Disability Insurance:** Each employee contributes to the State of California to provide disability insurance pursuant to the California Unemployment Insurance Code. Contributions are made through payroll deductions. Disability insurance is payable when you cannot work because of illness or injury not caused by employment at Hall Care Homes or when you are entitled to temporary workers' compensation at a rate less than the daily disability benefit amount. Specific rules and regulations governing disability are available from the Licensee/Owner.

3. **Unemployment Compensation:** Hall Care Homes contributes thousands of dollars each year to the California Unemployment Insurance Fund on behalf of its employees.

4. **Social Security:** Social Security is an important part of every employee's retirement benefit. Hall Care Homes pays a matching contribution to each employee's Social Security taxes.

5. **Worker's Compensation:** You are protected by Hall Care Homes workers' compensation insurance policy while employed by our company, at no cost to you. The policy covers you in case of occupational injury or illness.

## 5002. Sick Leave

Sick leave is a form of insurance that is accumulated in order to provide a cushion for incapacitation due to illness. It is to be used only when required to recover from illness or injury; sick leave is not for "personal" absences. Time off for medical and dental appointments will be treated as sick leave. Abuse or misuse of your sick leave privilege will not be tolerated.

Hall Care Homes offers sick leave to regular full-time employees who have completed their trial period. After one year from the date of hire, you accrue sick leave at the rate of one day for 60 days worked. Accrued sick leave does not carry over from year to year. Hall Care Homes does not provide pay in lieu of unused sick leave.

If you are absent longer than three days due illness, medical evidence of your illness and/or medical certification of your fitness to return to work satisfactory to Hall Care Homes will be required before sick pay will be given. If there is reason to believe that sick leave has been misused, sick pay may be withheld.

## 5003. Medical Leave

Exhibit Y
Page 38

**DEF1222**

A medical leave of absence may be granted for non-work-related temporary medical disabilities (other than pregnancy, childbirth and related medical conditions) for up to one month with a doctor's written certificate of disability. Requests for leave should be made in writing as far in advance as possible. If you are granted a medical leave the company will pay you sick pay for the period of time equivalent to your accumulated sick pay earned. You also may use any paid vacation time previously accrued.

A medical leave begins on the first day your doctor certifies you are unable to work and ends when your doctor certifies that you are able to return to work or after a total of one month of leave, whichever occurs first. The doctor should provide you with a letter, showing the date you were disabled and the estimated date you will be able to return to work. An employee returning from a medical disability leave must present a doctor's certificate showing fitness to return to work.

Hall Care Homes, Inc. operates licensed residential care facilities for developmentally disabled adults funded through regional centers operating under the authority of the Department of Developmental Services. Consequently, requiring our compliance with the Public Health Provisions of Title 17 of the California Code of Regulations. Title 17 Section 56004 requires staffing ratios present in the facility providing services based on the actual number of consumers in the facility. Hall Care Homes is further subject to unannounced site inspections to determine compliance with these and other provisions. None compliance could result in a deficiency citation which could jeopardize our ability to continue to operate and serve our consumers. Consequently, Hall Care Homes expects full-time live-in staff to continue to reside at their work site while on medical leave.

In resuming work after non-work-related medical leave you will be offered the same position held at the time your leave began, if available. If your former position is not available a comparable position will be offered. If neither the same nor a comparable position is available your return to work will depend on job openings existing at the time of your scheduled return. There are no guarantees of reinstatement and your return will depend on your qualifications for existing openings.

California workers' compensation laws govern work-related injuries and illnesses. The Hall Care Homes intends to fully comply with these laws. California pregnancy disability laws govern leaves taken because of pregnancy, childbirth and related medical conditions.

## 5004. Pregnancy Related Disability Leave

Pregnancy, childbirth or related medical conditions will be treated like any other disability, and an employee on leave will be eligible for temporary disability

Exhibit   Y
Page  39

245

**DEF1223**

benefits in the same amount and degree as any other employee on leave.

Procedure: Any female employee planning to take pregnancy disability should advise the Licensee/Owner of their intent to take pregnancy disability leave as soon a possible. The individual should make an appointment with the Licensee/Owner to discuss the following conditions:

1) Employees who need to take pregnancy disability must inform the company when a leave is expected to begin and how long it will likely last. If the need for a leave or transfer is foreseeable, employees must provide notification at least 30 days before the pregnancy disability leave or transfer is to begin. Employees must consult with the Licensee/Owner regarding the scheduling of any planned medical treatment or supervision in order to minimize disruption to the operations of the company. Any such scheduling is subject to the approval of the employee's health care provider. If 30 days' advance notice is not possible, notice must be given as soon as practical.

2) If requested by the employee and recommended by the employee's physician, the employee's work assignment may be changed if necessary to protect the health and safety of the employee and her child.

3) Requests for transfer of job duties will be reasonably accommodated if the job and security rights of others are not breached.

4) Temporary transfers due to health considerations will be granted where possible. However, the transferred employee will receive the pay that accompanies the job, as is the case with any other temporary transfer due to temporary health reasons.

5) Pregnancy leave usually will begin when ordered by the employee's physician. The employee must provide the company with a certification from a health care provider. The certification indicating disability should contain:

    a. The date on which the employee became disabled due to pregnancy;
    b. The probable duration of the period or periods of disability, and
    c. A statement that, due to the disability, the employee is unable to perform one or more of the essential functions of her position without undue risk to herself, the successful completion of her pregnancy or to other persons.

6) Leave returns will be allowed only when the employee's physician sends a release.

7) An employee will be allowed to us accrued sick time (if otherwise eligible to take the time) during a pregnancy disability leave. An employee will be allowed to use accrued vacation or personal time (if otherwise eligible to take

the time) during a pregnancy disability leave.

8) Duration of the leave will be determined by the advice of the employee's physician. Employees disabled by pregnancy may take up to three months. The leave includes any period of time for actual disability caused by the employee's pregnancy, childbirth or related medical condition. This includes leave for sever morning sickness and for prenatal care.

Leave does not need to be taken in one continuous period of time and may be taken intermittently, as needed. Leave may he taken in increments of' 1 month.

Under most circumstances, upon submission of a medical certification that an employee is able to return to work from a pregnancy disability leave, an employee will be reinstated to her same position held at the time the leave began or to an equivalent position, if available.  An employee returning from a pregnancy disability leave has no greater right to reinstatement than if the employee had been continuously employed. For example, if the employee on pregnancy disability leave would have been laid off had she not gone on leave, or if the employee position has been eliminated or filled in order to avoid undermining the company's ability to operate safely and efficiently during the leave, and there are no equivalent or comparable positions available, then the employee would not be entitled to reinstatement.

Return to the employee's previously held job shall be guaranteed for 6 months provided that the employee complies with the terms of the leave, which are six to twelve months.

Return from leave after six to 12 months shall result in the assignment of the employee to any vacant position as a regular job, provided the job can be performed satisfactorily.

## 5005. Bereavement Leave

In the event of the death of your current spouse, child, parent, legal guardian, brother, sister, grandparent, grandchild, son-or daughter-in-law, you may take up to 3 consecutive scheduled work days off with the approval of Hall Care Homes.

## 5006. Personal Leave

A personal leave of absence without pay may be granted at the discretion of company. Requests for personal leave should be limited to unusual circumstances requiring an absence of longer than two weeks.  Approved personal absences of shorter duration are not normally treated as leaves, but rather as excused absences without pay.

Exhibit   Y
Page   41

### 5007. Military Leave

Employees who wish to serve in the military and take military leave should contact the Licensee/Owner for information about their rights before and after such leave. You are entitled to reinstatement upon completion of military service provided you return or apply for reinstatement within the time allowed by law.

### 5008. Jury Duty Or Witness Leave

Hall Care Homes encourages employees to serve on jury selection or jury duty when called. You should notify your supervisor of the need for time off for jury duty as soon as a notice or summons from the court is received. You may be requested to provide written notification from the court clerk on performance of jury service. If work time remains after any day of jury selection or jury duty you will be expected to return to work for the remainder of your work schedule.

Any monies paid by the court for jury service will be deducted from your pay for the period that you served your duty.

### 5009. Domestic Violence Leave

Employees who are victims of domestic violence are eligible for unpaid leave. You may request leave if you are involved in a judicial action, such as obtaining restraining orders, appearing in court to obtain relief to ensure your health, safety or welfare or that of your child.

You should provide notice and certification of your need to take leave under this policy. Certification may be sufficiently provided by any of the following:

- A police report indicating that the employee was a victim of domestic violence
- A court order protecting or separating the employee from the perpetrator of an act of domestic violence, or other evidence from the court of the prosecuting attorney that the employee appeared in court.
- Documentation from a medical professional, domestic violence advocate, health-care provider, or counselor that the employee was undergoing treatment for physical or mental injuries or abuse resulting in victimization from an act of domestic violence.

Hall Care Homes will, to the extent allowed by law, maintain the confidentiality of an employee requesting leave under this provision.

The length of unpaid leave an employee may take is limited to that provided for in the federal Family and Medical Leave Act of 1993, 12 weeks.

Exhibit   Y
Page   42

41

**DEF1226**

248

## 5011. School Activities

### *School Conferences Involving Suspension*

If it becomes necessary for an employee who is the parent or guardian of child to attend the child's school to discuss possible suspension, the employee should alert his or her supervisor as soon as possible so that alternative arrangements may be made. Pursuant to California Labor Code Section 230.7, no discriminatory action will be taken against the employee for taking time off for this purpose.

## 5011. External Employee Education

Some employees may need to attend training programs, seminars, conferences, lectures, meetings or other outside activities for the benefit of the company or the individual employee. Attendance at such activities whether required by Hall Care Homes, Inc. or requested by individual employees requires the written approval of the Licensee/Owner. To obtain approval employees wishing to attend an activity must submit a written request detailing all relevant information, including date, hours, location, cost expenses, and nature and purpose and justification for attendance.

Where attendance is required or authorized by the company, customary and reasonable expenses will be reimbursed upon submission of proper receipts. Customary and acceptable expenses generally include registration fees, materials, meals, transportation and parking. Reimbursement policies regarding these expenses should be discussed with management in advance.

Employee attendance at authorized outside activities will be considered hours worked for non-exempt employees and will be compensated in accordance with normal payroll practices.

This policy does not apply to an employees voluntary attendance outside of normal working hours, at formal or informal educational sessions, even if such sessions generally may lead to improved job performance. While the company generally encourages all employees to improve their job skills and promotional qualifications, such activities will not be subject to this policy regarding reimbursement or compensation unless prior written approval is obtained as discussed above.

## 5012. Recreational Activities and Programs

Hall Care Homes or its insurer will not be liable for the payment of workers' compensation benefits for any injury that arises out of an employees voluntary participation in any off-duty recreational, social, or athletic activity, that is not part of the employee's work-related duties.

Exhibit  Y
Page  43

**DEF1227**

## 5013. Workers Compensation

Hall Care Homes, Inc. in compliance with state Law, provides insurance coverage for employees in case of work-related injury. The workers' compensation benefits provided to injured employees may include:

1. Medical care
2. Cash benefits, tax free, to replace lost wages
3. Vocational rehabilitation to help qualified injured employees return to suitable employment.

To ensure that you receive any workers compensation benefits to which you may be entitled, you will need to:

1. Immediately report any work-related injury to your supervisor
2. Seek medical treatment and follow-up care if required
3. Complete a written Employees Claim Form (DWC Form 1) and return it to the Licensee/Owner
4. Provide the company with certification from your health care provider regarding the need for workers' compensation disability leave and your ability to return to work from the leave

Upon submission of a medical certification that an employee is able to return to work from a workers' compensation leave, the employee, under most circumstances, will be reinstated to his/her same position held at the time the leave began or to an equivalent position if available. An employee returning from a workers' compensation leave has no greater right to reinstatement than if the employee had been continuously employed rather than on leave. For example, if the employee on workers' compensation leave would have been laid off had he/she not gone on leave, or if the employees position has been eliminated or filled in order to avoid undermining the company's ability to operate safely and efficiently during the leave, and there are no equivalent or comparable positions available, then the employee would not be entitled to reinstatement.

An employee's return depends on his or her qualifications for any existing openings. If, after returning from a workers' compensation disability leave, an employee is unable to perform the essential functions of his or her job because of a physical or mental disability, the company's obligations to the employee may include reasonable accommodation as governed by the Americans with Disabilities Act (ADA).

Hall Care Homes provides medical treatment for work-related injuries through Kaiser to provide medical care to injured employees because of their experience in treating work-related injuries.

Exhibit  Y
Page  44

43

250

**DEF1228**

Employees who are injured in a work-related incident will be referred to Kaiser for medical treatment for up to 30 days, unless prior to a work-related injury, the company has received from the employee written notice that the employee wished to be treated by his/her own physician. In all cases, employees may seek treatment from their own physician after 30 days, should they so desire.

The law requires Hall Care Homes notify the workers' compensation insurance company of any concerns of false or fraudulent claims.

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material misrepresentation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

A violation of this law is punishable by imprisonment for one to five years, or by a fine not exceeding $50,000 or double the value of the fraud, whichever is greater, or both.

Additional civil penalties may be in order.

Exhibit Y
Page 45

251                    44                    **DEF1229**

# RESIDENTIAL VENDOR ORIENTATION



**ALTA CALIFORNIA REGIONAL CENTER**
**2135 BUTANO DRIVE**
**SACRAMENTO, CA 95825**
**(916) 978-6400**

Exhibit   Z
Page   1

# Table of Contents

Overview of Regional Center (History and Services)..................................................Section 1

Alternative Residential Model...............................................................................Section 2

Quality Assurance .................................................................................................Section 3

Diagnostic Services/Medical ................................................................................Section 4

Pharmacy Support Services ...................................................................................Section 5

Dental Services ......................................................................................................Section 6

Consumer Rights ...................................................................................................Section 7

Clinical Services/Prevention/Health Care ...........................................................Section 8

Developmental Disabilities/Behavioral Management ..........................................Section 9

Intermediate Care Facilities...................................................................................Section 10

Children with Special Health Care Needs .............................................................Section 11

Incidental Medical Services ..................................................................................Section 12

Transportation........................................................................................................Section 13

Day Programs ........................................................................................................Section 14

Vendorization Process ...........................................................................................Section 15

Exhibit   Z
Page  2

253

H:\RDS  GENERAL\Vendor-Table of Contents.doc

# ALTERNATIVE RESIDENTIAL MODEL
## TABLE OF CONTENTS

**TOPIC**                                                                 **PAGE#**

Alta California Regional Center Alternative Residential
Model Service Level Descriptions AMR Levels 1, 2, 3 and 4 ............................................1

Consultant Requirements for Level 4 ...............................................................................2

Staffing Requirements ...................................................................................................3

Experience and Training for Each Level .........................................................................15

Behavior Management Requirements for Level 3 & 4 .......................................................18

Documentation Requirements.........................................................................................19

Community Residential Care Facilities – Level of Care Summary....................................20

Service Level Guidelines ................................................................................................21

Exhibit  Z
Page  3

# ALTA CALIFORNIA REGIONAL CENTER

## ALTERNATIVE RESIDENTIAL MODEL SERVICE LEVELS

The alternative Residential Model (ARM) is a rate reimbursement system for the provision of residential services in licensed Community Care Facilities that meet the requirement of Title 22, Division 6, for basic board and care services. It is based on the principle that services provided in a residential care facility are consistent with the needs of the consumer and the reimbursement rates are consistent with the services being provided. ARM identifies four levels of service.

### SERVICE LEVEL 1

Facilities providing Level 1 services shall provide basic care and supervision with no additional services provided. These facilities are not expected to provide any regularly scheduled activities, training or supervision to implement specific Individual Program Plan objectives beyond what is necessary to provide a basic board and care situation.

Consumers of the regional center may consider appropriate for this level of service would include very capable individuals who require minimal supervision or other individuals who may have additional needs but who have consistently rejected offers of support, training or treatment. There is no regional center supplement for this level of service.

### SERVICE LEVELS 2, 3 AND 4

These facilities are similar to a home-like setting where the residential services are based upon the principles of normalization as measured by consumer participation in a variety of integrated, age appropriate activities which take place in natural environments, at home, in the community and during leisure time.

Service Level 2 facilities provide a supportive program of supervision and training using a staff-to-consumer ratio of 1:6. The residents retain some unstructured time.

Service Level 3 facilities provide a more structured environment and additional staff who intervene in a predictable manner. These facilities provide services to residents with:

    a.    Significant deficits in self-help skills; and/or
    b.    Some limitations in physical coordination and mobility; and/or
    c.    Disruptive or self-injurious behaviors.

Service Level 4 facilities provide a highly structured environment to residents with behavioral deficits and/or excesses which prevent their participation in activities of daily living and whose

Exhibit Z
Page 4

challenges are so significant that they are unable to be met in other residential facilities. Service Level 4 facilities provide services to residents with:

    a.    Severe deficits in self-help skills; and/or
    b.    Severe impairment in physical coordination and mobility; and/or
    c.    Severely disruptive or self-injurious behavior.

## CONSULTANTS

Service Level 4 facilities shall provide consultant hours during each consecutive six-month period based upon the number of clients in the facility. Consultants shall be individuals or groups eligible for regional center vendorization in accordance with regulations for Group Practices, Non-Medical Services, Medical Services, and/or Prevention/Infant Development services.

### SERVICE LEVEL 4

### CONSULTANT HOURS

| CONSULTANT HOURS BY SERVICE LEVEL | |
|:---:|:---:|
| Service Level | Number of Hours for Each Consumer During a Six-month Period |
| 4A | 8 |
| 4B | 8 |
| 4C | 8 |
| 4D | 12 |
| 4E | 12 |
| 4F | 12 |
| 4G | 16 |
| 4H | 16 |

Exhibit   Z
Page  5

## STAFFING

A basic staffing level of one direct care person at all times when consumers are under the supervision of facility staff. Facilities shall provide additional weekly direct care staff hours based upon the facility's service level and the number of clients residing in the facility.

| ADDITIONAL DIRECT CARE STAFF HOURS BY SERVICE LEVEL NUMBER OF ADDITIONAL WEEKLY HOURS FOR EACH ADDITIONAL CLIENT.  — | | | | | | | |
|---|---|---|---|---|---|---|---|
| Service Level | 1* | 2* | 3* | 4* | 5* | 6* | 7 or More* |
| 2 | | | | | | | 12 |
| 3 | BASIC STAFFING LEVEL | | | +4 | +19=23 | +19=42 | 19 |
| 4A | | | | +12 | +21=33 | +21-54 | 21 |
| 4B | | | | +24 | +24=48 | +24=72 | 24 |
| 4C | | | 9 | +27=36 | +27-63 | +27=90 | 27 |
| 4D | | | 18 | +30=48 | +30-78 | +30-108 | 30 |
| 4E | | | 30 | +34=64 | +34=98 | +34=132 | 34 |
| 4F | | 4 | +38-42 | +38=80 | +38=118 | +38=156 | 38 |
| 4G | | 12 | +42=54 | +42=96 | +42=138 | +42=180 | 42 |
| 4H | | 22 | +47=69 | +47=116 | +47=163 | +47=210 | 47 |
| 4I | | 36 | +54=90 | +54=144 | +54=198 | +54=252 | 54 |

*Consumer(s)
A facility with seven or more consumers shall provide the number of weekly direct care staff hours for each additional consumer as specified in the table above.

A facility may include within the total number of additional direct care staff hours required pursuant to subsection (d), hours of program preparation functions which shall be counted as follows:

1.   Service Level 2 facilities: up to 2 hours per consumer per week.

2.   Service Level 3 facilities: up to 2 hours per consumer per week.

3.   Service Level 4A, 4B and 4C facilities: up to 3 hours per consumer per week.

4.   Service Level 4D, 4E, 4F and 4G facilities: up to 4 hours per consumer per week

5.   Service Level 4H facilities: up to 5 hours per consumer per week.

6.   Service Level 4I facilities: up to 7 hours per consumer per week.

Program preparation function hours shall not be used as a basis for increasing a service level.

3

Exhibit   Z
Page  6

## LEVEL 3

1-3 Clients:   1 Staff
              On Duty
              At All Times

| Clients | Staff | Plus 4 additional staff hours PER WEEK* |
|---|---|---|
| 4 | 1 Staff On Duty At All Times | " " " |
| 5 | 1 Staff On Duty At All Times | 23 " " " |
| 6 | 1 Staff On Duty At All Times | 42 " " " |
| 7 | 1 Staff On Duty At All Times | 61 " " " |
| 8 | 1 Staff On Duty At All Times | 80 " " " |
| 9 | 1 Staff On Duty At All Times | 99 " " " |
| 10 | 1 Staff On Duty At All Times | 118 " " " |
| 11 | 1 Staff On Duty At All Times | 137 " " " |

*WHEN CLIENTS ARE AWAKE AND UNDER SUPERVISION BY THE FACILITY

4