# *Section 4*
# Operational Considerations

## 4000. Employer Property

Furnishings, appliances, vehicles and (other property) are Hall Care Homes property and must be maintained according to company rules and regulations. They must be kept clean and are to be used only for work-related purposes. Hall Care Homes reserves the right to inspect all company property to ensure compliance with its rules and regulations, without notice to the employee at any time, not necessarily it the employee's presence.

Hall Care Homes Voice mail and/or Electronic mail (E-mail are to be used for business purposes only. The company reserves the right to monitor voice mail messages and to access E-mail messages to ensure compliance with this rule, without notice to the employee and at any time, not necessarily in the employee's presence.

The company may periodically need to assign and/or change "passwords" and personal codes for (security, voice mail, e-mail, computer). These communications technologies and related storage media are to be used for company business and they remain the property of Hall Care Homes, Inc. The company may keep a record of all passwords/codes used and/or may be able to override any such password system.

Prior authorization must be obtained before any company property may be removed from the premises.

For security reasons, employees should not leave personal belongings of value in the workplace. Personal items are subject to inspection and search, with or without notice, with or without the employee's prior consent.

Terminated employees should remove any personal items at the time they leave the company. Personal items left in the workplace by previous employees are subject to disposal if not claimed at the time of the employee's termination.

## 4001. Use of Electronic Media

Hall Care Homes uses various forms of electronic communication including, but not limited to computers (personal, lap-top), e-mail, telephones (cellular, cordless), voicemail, fax machines, cable, all online services paid for by the company, Internet (World Wide Web). All electronic communications, including all software, databases and hardware, remain the sole property of Hall Care Homes and are to be used only for company business and not for any personal use.

DEF1215

**Jasmine-Hall VI**
**1 Goff Ct.**
**Sacramento, Ca. 95838**
**(916) 564-5516**

| A.M. | Weekday Morning Schedule |
|------|--------------------------|
| 6:00 | Wake Up Time |
| 6:00-6:30 | Toilet & Personal Care |
| |     Hygiene |
| |     Bedmaking |
| |     Matching clothes |
| 6:30-7:00 | Breakfast Preparation |
| |     Table Preparation |
| |     Food Preparation, M W |
| |     Table Manners |
| 7:00-7:40 | Breakfast |
| 7:40-8:00 | Post-Breakfast Cleaning |
| |     Table Cleaning |
| |     Personal Care |
| 8:00-9:30 | Gross Motor Exercise, M W F |
| | Gardening/Nursery, T Th |
| | Weekday Morning Schedule, S Su |
| 9:45-10:00 | Break |
| 10:00-12:00 | Academics |
| |     Preacademics, M W F |
| |     Community Survival Skills, T Th |
| |     Family Home Hour, S |
| |     Personal Hour, Su |

| P.M. | Afternoon Schedule |
|------|--------------------|
| 12:00-1:00 | Lunch |
| 1:00-1:30 | Post Lunch Cleaning |
| 1:30-4:00 | Prime Time |
| |     Continued Morning Academics |
| |     Community Activities |
| |     Community Events, S Su |
| 4:00-5:00 | Check in Time |
| |     Personal Time |
| |     Notice of Unscheduled Activities |
| 5:00-6:00 | Dinner Preparation |
| |     Table Preparation |
| |     Food Preparation, M W |
| |     Table Manners |
| 6:00-6:40 | Dinner |
| 6:40-7:00 | Post-Dinner Cleaning |
| |     Table Cleaning |
| |     Personal Care |
| 7:00-8:00 | Residential Training |
| | Grooming (Laundry, Clothes, Room & Personal Care) |
| | Group Discussion & Personal Counseling |
| 8:00-9:30 | Recreation (Reading, Games, Music & T.V.) |
| 9:30 | Bedtime |

EXHIBIT BB
EX - 9

362

DEF 014511

**Jasmine-Hall VII**
**5447 Bartig Way.**
**Citrus Heights, Ca. 95621**
**(916) 962-0528**

| | |
|---|---|
| A.M. | Weekday Morning Schedule |
| 6:00 | Wake Up Time |
| 6:00-6:30 | Toilet & Personal Care |
| | Hygiene |
| | Bed making |
| | Matching clothes |
| 6:30-7:00 | Breakfast Preparation |
| | Table Preparation |
| | Food Preparation, M W |
| | Table Manners |
| 7:00-7:40 | Breakfast |
| 7:40-8:00 | Post-Breakfast Cleaning |
| | Table Cleaning |
| | Personal Care |
| 8:00-9:30 | Gross Motor Exercise, M W F |
| | Gardening/Nursery, T Th |
| | Weekday Morning Schedule, S Su |
| 9:45-10:00 | Break |
| 10:00-12:00 | Academics |
| | Pre-academics, M W F |
| | Community Survival Skills, T Th |
| | Family Home Hour, S |
| | Personal Hour, Su |
| | |
| P.M. | Afternoon Schedule |
| 12:00-1:00 | Lunch |
| 1:00-1:30 | Post Lunch Cleaning |
| 1:30-4:00 | Prime Time |
| | Continued Morning Academics |
| | Community Activities |
| | Community Events, S Su |
| 4:00-5:00 | Check in Time |
| | Personal Time |
| | Notice of Unscheduled Activities |
| 5:00-6:00 | Dinner Preparation |
| | Table Preparation |
| | Food Preparation, M W |
| | Table Manners |
| 6:00-6:40 | Dinner |
| 6:40-7:00 | Post-Dinner Cleaning |
| | Table Cleaning |
| | Personal Care |
| 7:00-8:00 | Residential Training |
| | Grooming (Laundry, Clothes, Room & Personal Care) |
| | Group Discussion & Personal Counseling |
| 8:00-9:30 | Recreation (Reading, Games, Music & T.V.) |
| 9:30 | Bedtime |

EXHIBIT BB
EX - 9

DEF 014330

# Unannounced Facility Monitoring Visit

| Facility Name: _Jasmine Hall_ | Date of Visit: _7-14-03_ |
|---|---|
| Monitor's Name: | Title: |
| Number of Staff Present in Facility: _2_ | Number of Consumers Present in Facility: _3_ |
| Purpose of Visit:<br>☑ Routine Unannounced Visit | ☒ Quarterly Review       ☐ QA Investigation |

## Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

### Case Management:

☑ Title 19 Note (Please include UCI number below)    Date: _7-14-03_

☑ Quarterly review (Please complete the following for each consumer reviewed)

| UCI: | ☑ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
  Date:

☐ QA Recommendations
  Date:

☐ Substantial Inadequacies
  Date:

☐ No Action Necessary/Taken

☐ Sanctions
  Date:

☐ Facility Notes
  Date:

**Comments:** (Please do not use consumer names or initials.)

VIRGINIA   SANTIAGO
RSP (Print Name)

_Virginia Santiago_    7-14-
RSP Signature          Date

_Stephanie Lundt_  7-14-03
Monitor's Signature   Date

## Unannounced Facility Monitoring Visit

| | |
|---|---|
| Facility Name: *Jasmine Hall* | Date of Visit: *8-25-03* |
| Monitor's Name: *Stephanie Lundt* | Title: *SC* |
| Number of Staff Present in Facility: *1* | Number of Consumers Present in Facility: *1* |

| | | |
|---|---|---|
| Purpose of Visit: ☑ Routine Unannounced Visit | ☐ Quarterly Review | ☐ QA Investigation |

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☑ Title 19 Note (Please include UCI number below)   Date: *8-25-03*

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report   Date:

☐ QA Recommendations   Date:

☐ Substantial Inadequacies   Date:

☐ No Action Necessary/Taken

☐ Sanctions   Date:

☐ Facility Notes   Date:

**Comments:** (Please do not use consumer names or initials.)

VIRGINIA SANTIAGO
RSP (Print Name)

*Virginia Santiago*
RSP Signature          Date

*Stephanie Lundt*
Monitor's Signature          Date

EXHIBIT BB
EX - 10

cc: Facility File

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| | |
|---|---|
| Facility Name: Jasmine Hall #1 | Date of Visit: 9-3-03 |
| Monitor's Name: Kristy Whitmire | Title: QA Liaison |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 2 |
| Purpose of Visit: N/A – See below ☐ Routine Unannounced Visit | ☐ Quarterly Review       ☐ QA Investigation |

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)     Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
Date:

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☒ No Action Necessary/Taken
Date: 9-3-03

☐ Facility Notes
Date:

**Comments:** (Please do not use consumer names or initials.)

Interviewed a consumer for QA Evaluation

Monitor's Signature    Date 9/3/03

VIRGINIA SANTIAGO
RSP (Print Name)

Virginia Santiago
RSP Signature          Date

ACRC #669 (6/03)

EXHIBIT BB
EX - 10

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| | |
|---|---|
| Facility Name: _Jasmine Hall_ | Date of Visit: _6-24-04_ |
| Monitor's Name: _Stephanie Fiendt_ | Title: _SC_  Unit Code: _JOD_ |
| Number of Staff Present in Facility: _2_ | Number of Consumers Present in Facility: _3_ |

| Purpose of Visit: |
|---|
| ☒ Routine Unannounced Visit  ☐ Quarterly Review  ☐ QA Investigation |

**Documentation Completed in Conjunction with Visit:** (Please ☒ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)   Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| | | | | |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report   Date:

☐ QA Recommendations   Date:

☐ Substantial Inadequacies   Date:

☐ No Action Necessary/Taken   Date:

☐ Sanctions   Date:

☐ Facility Notes   Date:

_Piyanka Dissanayaka_
RSP (Print Name)

_Stephanie Fiendt_ _6-24-04_
Monitor's Signature   Date

_Piyanka_ _6-24-04_
RSP Signature   Date

EXHIBIT BB
EX - 10

367

ACRC #669 Rev. (8/03)

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: _Jasmine Glen #1_ | Date of Visit: _11-2-04_ | |
|---|---|---|
| Monitor's Name: _Stephanie Funch_ | Title: _SC_ | Unit Code: _JC_ |
| Number of Staff Present in Facility: _1_ | Number of Consumers Present in Facility: _1_ | |

Purpose of Visit:
☑ Routine Unannounced Visit    ☐ Quarterly Review    ☐ QA Investigation

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)    Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
Date:

☐ QA Recommendations
Date:

☐ Substantial Inadequacies
Date:

☐ No Action Necessary/Taken
Date:

☐ Sanctions
Date:

☐ Facility Notes
Date:

_VIRGINIA SANTIAGO_
RSP (Print Name)

_S. Funch_ _11-2-04_
Monitor's Signature      Date

_Virginia Santiago_ _02-2-04_
RSP Signature      Date

EXHIBIT BB
EX - 10

368

ACRC #669 Rev. (8/03)

# Alta California Regional Center

# Unannounced Facility Monitoring Visit

| Facility Name: Jasmine Hall I | Date of Visit: 9|23|05 | |
|---|---|---|
| Monitor's Name: Alana Simoni | Title: Service Coordinator | Unit Code: 05 |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 2 | |

| Purpose of Visit: | ☐ Quarterly Review | ☐ QA Investigation |
|---|---|---|
| ☒ Routine Unannounced Visit | | |

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☒ Title 19 Note (Please include UCI number below)   Date: 9|23|05

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| | | | | |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

| ☐ Facility Action Report Date: | ☐ Substantial Inadequacies Date: | ☐ Sanctions Date: |
|---|---|---|
| ☐ QA Recommendations Date: | ☐ No Action Necessary/Taken Date: | ☐ Facility Notes Date: |

Priyanka                    9/23/05.
RSP (Print Name)

Priyanka                    9/23/05
RSP Signature               Date

Alana Simon 9/23/05
Monitor's Signature    Date

EXHIBIT BB
EX - 10

369

ACRC #669 Rev. (5/04)

# Alta California Regional Center

## Unannounced Facility Monitoring Visit



| Facility Name: Jasmine Hall | Date of Visit: 12/2/05 | |
|---|---|---|
| Monitor's Name: Allana Simon | Title: Service Coordinator | Unit Code: 105 |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 2 | |

| Purpose of Visit: | | |
|---|---|---|
| ☒ Routine Unannounced Visit | ☐ Quarterly Review | ☐ QA Investigation |

**Documentation Completed in Conjunction with Visit:** (Please ☑ all that apply)

**Case Management:**

☒ Title 19 Note (Please include UCI number below)   Date: 12/2/05

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: _ . _ _ | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report
    Date:

☐ Substantial Inadequacies
    Date:

☐ Sanctions
    Date:

☐ QA Recommendations
    Date:

☐ No Action Necessary/Taken
    Date:

☐ Facility Notes
    Date:

Priyanka
RSP (Print Name)

Priyanka                    12/2/05
RSP Signature              Date

Allana Simon  12/2/05
Monitor's Signature   Date

EXHIBIT BB
EX - 10

ACRC #669 Rev. (5/04)

# Alta California Regional Center

# Unannounced Facility Monitoring Visit



| Facility Name: *ABAHINE HAW 4* | Date of Visit: *4 28 04* |
|---|---|
| Monitor's Name: *MONA AMARO* | Title: *Mee PC*          *J 04* |
| Number of Staff Present in Facility: *2* | Number of Consumers Present in Facility: *1* |
| Purpose of Visit: ☒ Routine Unannounced Visit | ☒ Quarterly Review          ☐ QA Investigation |

**Documentation Completed in Conjunction with Visit:** (Please ☒ all that apply)

**Case Management:**

☒ Title 19 Note (Please include UCI number below)   Date: 5/7/04

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☒ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☒ Annual | ☐ 1st | ☒ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

| ☐ Facility Action Report Date: | ☐ Substantial Inadequacies Date: | ☐ Sanctions Date: |
|---|---|---|
| ☐ QA Recommendations Date: | ☐ No Action Necessary/Taken Date: | ☐ Facility Notes Date: |

**Comments:** (Please do not use consumer names or initials.)

_____  4 28 04
Monitor's Signature          Date

*Josefa M. Lastimos*
RSP (Print Name)

_____  4-28-04
RSP Signature          Date

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: JASMINE HALL # 2 | Date of Visit: 7/21/04 |
|---|---|
| Monitor's Name: ANNA ALVARO | Title: QC |
| Number of Staff Present in Facility: 1 | Number of Consumers Present in Facility: 2 |

| Purpose of Visit: |
|---|
| ☑ Routine Unannounced Visit    ☑ Quarterly Review    ☐ QA Investigation |

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☑ Title 19 Note (Please include UCI number below)    Date: 7/30/04

☑ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☑ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☑ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

| ☐ Facility Action Report Date: | ☐ Substantial Inadequacies Date: | ☐ Sanctions Date: |
|---|---|---|
| ☐ QA Recommendations Date: | ☐ No Action Necessary/Taken Date: | ☐ Facility Notes Date: |

**Comments:** (Please do not use consumer names or initials.)

REBECCA C. ARREOLA
RSP (Print Name)

_Arreola_    07-21-04
RSP Signature    Date

_(Monitor's Signature)_    7/21/04
Monitor's Signature    Date

ACRC #636 (Rev. 7/03)

ATLA CALIFORNIA REGIONAL CENTER

## Unannounced Facility Monitoring Visit

| Facility Name: JASMine Hall #2 | Date of Visit: 3 / 18 / 05 |
|---|---|
| Monitor's Name: Denise Hopkins | Title: Service Coordinator |
| Number of Staff Present in Facility: 1 | Number of Consumers Present in Facility: 4 |
| Purpose of Visit: ☒ Routine Unannounced Visit    ☐ Quarterly Review    ☐ QA Investigation | |

**Documentation Completed in Conjunction with Visit:** (Please ☒ all that apply)

**Case Management:**

☒ Title 19 Note (Please include UCI number below)    Date: 3/18/05

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report
Date:

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☐ No Action Necessary/Taken

☐ Facility Notes
Date:

**Comments:** (Please do not use consumer names or initials.)

Monitor's Signature    Date 3/18/05

GLORIA E. MATA
RSP (Print Name)

Gloria E. mata
RSP Signature    Date
3/18/05

ATLA CALIFORNIA REGIONAL CENTER

## Unannounced Facility Monitoring Visit

| Facility Name: Jasmine Hill II | Date of Visit: 5/11/05 |
|---|---|
| Monitor's Name: Denise Hopkins | Title: Service Coordinator |
| Number of Staff Present in Facility: 1 | Number of Consumers Present in Facility: 3 |

| Purpose of Visit: | | |
|---|---|---|
| ☒ Routine Unannounced Visit | ☐ Quarterly Review | ☐ QA Investigation |

**Documentation Completed in Conjunction with Visit:** (Please ☑ all that apply)

### Case Management:

☐ Title 19 Note (Please include UCI number below)     Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

| ☐ Facility Action Report | ☐ Substantial Inadequacies | ☐ Sanctions |
|---|---|---|
| Date: | Date: | Date: |
| ☐ QA Recommendations | ☐ No Action Necessary/Taken | ☐ Facility Notes |
| Date: | | Date: |

**Comments:** (Please do not use consumer names or initials.)

REBECCA C. ARREOLA
RSP (Print Name)

Rearcela
RSP Signature          Date

Monitor's Signature          Date   5/11/05

cc: Facility File

EXHIBIT BB
EX - 10

374

# Alta California Regional Center

## Unannounced Facility Monitoring Visit



| Facility Name: _Jasmine Hall #2_ | Date of Visit: _3/29/06_ | |
|---|---|---|
| Monitor's Name: _Denise Hopkins_ | Title: _S.C._ | Unit Code: _304_ |
| Number of Staff Present in Facility: _1_ | Number of Consumers Present in Facility: _3_ | |

Purpose of Visit:
☒ Routine Unannounced Visit ☐ Quarterly Review ☐ QA Investigation

**Documentation Completed in Conjunction with Visit:** (Please ☑ all that apply)

### Case Management:

☐ Title 19 Note (Please include UCI number below)   Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
Date:

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☐ No Action Necessary/Taken
Date:

☐ Facility Notes
Date:

_Medication Review completed at this visit._

_REBECC ABREOLA_
RSP (Print Name)

_Dh Dinn_ _3/29/06_
Monitor's Signature    Date

_Rerenbo_ _03-29-06_
RSP Signature    Date

ACRC #669 Rev. (5/04)

# Alta California Regional Center

# Unannounced Facility Monitoring Visit

| Facility Name: _JASMINE HALL # 2_ | Date of Visit: _9/28/06_ | |
|---|---|---|
| Monitor's Name: _ELIZABETH MARN_ | Title: _ACRLSC_ | Unit Code: _301_ |
| Number of Staff Present in Facility: _3_ | Number of Consumers Present in Facility: _3_ | |
| Purpose of Visit:<br>☑ Routine Unannounced Visit | ☑ Quarterly Review | ☐ QA Investigation |

## Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

### Case Management:

☑ Title 19 Note (Please include UCI number below)    Date: _9/28/06_

☑ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☑ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☑ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☑ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

| ☐ Facility Action Report<br>Date: | ☐ Substantial Inadequacies<br>Date: | ☐ Sanctions<br>Date: |
|---|---|---|
| ☐ QA Recommendations<br>Date: | ☑ No Action Necessary/Taken<br>Date: _9/28/06_ | ☐ Facility Notes<br>Date: |

_P½2 MONIES NEED TO BE SPENT DOWN, SC ASKED
THAT THIS HAPPEN ASAP TO PREVENT LOSS OF SSI & MEDICAL._

_Estela O. Hall_
RSP (Print Name)

_[Monitor's Signature]_          _9/28/06_
Monitor's Signature          Date

_Estela O. Hall_          _12/12/06_
RSP Signature          Date

EXHIBIT BB
EX - 10

376

ACRC #669 Rev. (5/04)

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: Jasmine 10 | Date of Visit: 10·26·04 |
|---|---|
| Monitor's Name: Maria Antonia Mendizorm | Title: SC |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 6 (1 consumer + mal SC's case) |
| Purpose of Visit: ☒ Routine Unannounced Visit ☐ Quarterly Review ☐ QA Investigation | |

### Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)    Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report         ☐ Substantial Inadequacies        ☐ Sanctions
   Date:                            Date:                              Date:

☐ QA Recommendations            ☐ No Action Necessary/Taken        ☐ Facility Notes
   Date:                            Date:                              Date:

Consumers doing well except 1 who was agitated due to Mental Health
Issues. Home has had some SIR's lately.
Staff preparing dinner. Individual needs    LOURDES ALMENDRAS
available.                                   RSP (Print Name)

M. A. Mendizorm
_____
Monitor's Signature        Date              _____
                                             RSP Signature        Date

EXHIBIT BB
EX - 10

377

ACRC #669 Rev. (8/03)

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: *Jasmine IV Kristy Whitmyer* | Date of Visit: *12.7.04* |
|---|---|
| Monitor's Name: *M. G. Mendiguren (QA)* Title: *Service Coordinator* | |
| Number of Staff Present in Facility: *2* | Number of Consumers Present in Facility: *5* |

| Purpose of Visit: |
|---|
| ☒ Routine Unannounced Visit    ☐ Quarterly Review    ☐ QA Investigation |

### Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)    Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report    ☐ Substantial Inadequacies    ☐ Sanctions
   Date:                         Date:                            Date:

☐ QA Recommendations    ☐ No Action Necessary/Taken    ☐ Facility Notes
   Date:                       Date:                              Date:

*SC went to home w/ QA Kristy Whitmyer. QA looked at staffing records. SC & QA will meet on allegations from staff & facility is under staffed.*

ERLINDA D BANGAYAN
**RSP (Print Name)**

*M. G. Mendiguren*    *12.7.04*       *E. Bangayan*    *Dec 7/04*
Monitor's Signature    Date        RSP Signature    Date

ACRC #669 Rev. (8/03)

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: Jasmine IV | Date of Visit: 2.24.05 | |
|---|---|---|
| Monitor's Name: M. A. Mendoza | Title: Service Coordinator | Unit Code: 404 |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 4 | |

| Purpose of Visit: |
|---|
| ☒ Routine Unannounced Visit          ☐ Quarterly Review          ☐ QA Investigation |

### Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)      Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

| ☐ Facility Action Report<br>Date: | ☐ Substantial Inadequacies<br>Date: | ☐ Sanctions<br>Date: |
|---|---|---|
| ☐ QA Recommendations<br>Date: | ☐ No Action Necessary/Taken<br>Date: | ☐ Facility Notes<br>Date: |

Home was clean & orderly. Consumers asked for extra pillows as some only had one, extra blankets too. Fire alarm needed was not available. Fire alarm is broken. Staff reported some time ago to admin.

M. A. Mendoza
**Monitor's Signature                 Date**

**RSP (Print Name)**
E.B. Bangayan    ERLINDA B. BANGAYAN    2/24/05
**RSP Signature                 Date**

EXHIBIT BB
EX - 10

379

# Alta California Regional Center

# Unannounced Facility Monitoring Visit

| Facility Name: *Jasmine IV* | Date of Visit: *4. 8. 05* | |
|---|---|---|
| Monitor's Name: *M. A. Mendigona* | Title: *Service Coordinator* | Unit Code: *u0 4* |
| Number of Staff Present in Facility: *2* | Number of Consumers Present in Facility: *5* | |
| Purpose of Visit:<br>☒ Routine Unannounced Visit ☐ Quarterly Review ☐ QA Investigation | | |

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)  Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

| ☐ Facility Action Report<br>Date: | ☐ Substantial Inadequacies<br>Date: | ☐ Sanctions<br>Date: |
|---|---|---|
| ☐ QA Recommendations<br>Date: | ☐ No Action Necessary/Taken<br>Date: | ☐ Facility Notes<br>Date: |

*Checked staff's credentials & papers - Ok. Staff are on 24 hr.*
*Schedule as they are short of staff. Checked medications-*
*(Phyllis) corrected some signatures.*

*Lourdes ALMENDRAS*
RSP (Print Name)

*M. A. Mendigona     4.8.05*
Monitor's Signature        Date

*Lourdes Almendras  4/8/05*
RSP Signature        Date

EXHIBIT BB
EX - 10

380

ACRC #669 Rev. (5/04)

# Alta California Regional Center

# Unannounced Facility Monitoring Visit

| Facility Name: Jasmine Hall #4 | Date of Visit: 8/31/06 |
|---|---|
| Monitor's Name: **Carmen Chandler** | Title: **ACRC Service Coordinator** |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 2 |

Purpose of Visit:
☑ Routine Unannounced Visit            ☑ Quarterly Review            ☐ QA Investigation

**Documentation Completed in Conjunction with Visit:** (Please ☑ all that apply)

**Case Management:**

☑ Title 19 Note (Please include UCI number below)    Date: 8/31/06

☑ Quarterly review    (Please complete the following for each consumer reviewed)

|  | | | | |
|---|---|---|---|---|
| ▮▮▮▮ | ☐ Annual | ☑ 1st | ☐ Semi | ☐ 3rd |
|  | ☐ Annual | ☑ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report          ☐ Substantial Inadequacies          ☐ Sanctions
   Date:                               Date:                                   Date:

☐ QA Recommendations          ☑ No Action Necessary/Taken          ☐ Facility Notes
   Date:                                                                               Date:

_Lourdes Almendras_
Staff RSP (Print Name)

_Chandler_ 8/31/06                                _Lourdes Almendras_
Monitor's Signature   Date                        Staff RSP Signature       Date 8/31/06

EXHIBIT BB
EX - 10

ACRC #636  (Rev. 7/03)                          381

# Alta California Regional Center

# Unannounced Facility Monitoring Visit

| Facility Name: Jasmine Hall 4 | Date of Visit: 1-18-07 |
|---|---|
| Monitor's Name: **Carmen Chandler** | Title: **ACRC Service Coordinator** |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 1 |

| Purpose of Visit: |
|---|
| ☐ Routine Unannounced Visit ☒ Quarterly Review ☐ QA Investigation |

**Documentation Completed in Conjunction with Visit:** (Please ☒ all that apply)

**Case Management:**

☒ Title 19 Note (Please include UCI number below)   Date: 1-18-07

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| | Annual | 1st | Semi | 3rd |
|---|---|---|---|---|
| ~~UCI:~~ | ☐ Annual | ☐ 1st | ☐ Semi | ☒ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report      ☐ Substantial Inadequacies      ☐ Sanctions
Date:                                    Date:                                        Date:

☐ QA Recommendations      ☒ No Action Necessary/Taken      ☐ Facility Notes
Date:                                                                                       Date:

Monitor's Signature   Date   1-18-07

Xochilt Zimmerly
RSP (Print Name) Administrator

Xochilt Zimmerly   1-19 07
RSP Signature   Date
Administrator

EXHIBIT BB
EX - 10

ACRC #636  (Rev. 7/03)      382

# Unannounced Facility Monitoring Visit

| | |
|---|---|
| Facility Name: _Spruce Hall # 5_ | Date of Visit: _9·14·05_ |
| Monitor's Name: _Anita Ann_ | Title: _SC_ |
| Number of Staff Present in Facility: _2_ | Number of Consumers Present in Facility: _2_ |

Purpose of Visit:
☒ Routine Unannounced Visit  ☐ Quarterly Review  ☐ QA Investigation

## Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

### Case Management:

☒ Title 19 Note (Please include UCI number below)  Date: _9·14·05_

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
Date:

☐ QA Recommendations
Date:

☐ Substantial Inadequacies
Date:

☐ No Action Necessary/Taken

☐ Sanctions
Date:

☐ Facility Notes
Date:

**Comments:** (Please do not use consumer names or initials.)

_Xochilt Zimmerly_
RSP (Print Name)

_Xochilt Zimmerly_ _9-18-0_
RSP Signature          Date

_[signature]_ _9·12·05_
Monitor's Signature   Date

EXHIBIT BB
EX - 10

cc: Facility File

383

# Unannounced Facility Monitoring Visit

| Facility Name: _Mailing * g_ | Date of Visit: _11·13·05_ |
|---|---|
| Monitor's Name: _Anaia Maena_ | Title: _Service coordinator_ |
| Number of Staff Present in Facility: _2_ | Number of Consumers Present in Facility: _2_ |

| Purpose of Visit: ☐ Routine Unannounced Visit ☒ Quarterly Review ☐ QA Investigation |
|---|

## Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

### Case Management:

☒ Title 19 Note (Please include UCI number below)   Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☒ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

| ☐ Facility Action Report Date: | ☐ Substantial Inadequacies Date: | ☐ Sanctions Date: |
|---|---|---|
| ☐ QA Recommendations Date: | ☐ No Action Necessary/Taken | ☐ Facility Notes Date: |

**Comments:** (Please do not use consumer names or initials.)

_ROSE O. MENDOZA_
RSP (Print Name)

_Rose O. mendoza   11-13_
RSP Signature     Date

_[signature]   11·13·05_
Monitor's Signature   Date

# Alta California Regional Center

## Unannounced Facility Monitoring Visit



| Facility Name: _JOSEPHINE AVE #6_ | Date of Visit: _4-28-04_ |
|---|---|
| Monitor's Name: _AMANDA AMPARO_ | Title: _ACC SC_   _J 04_ |
| Number of Staff Present in Facility: _5_ | Number of Consumers Present in Facility: _5_ |
| Purpose of Visit:  ☒ Routine Unannounced Visit | ☒ Quarterly Review    ☐ QA Investigation |

### Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

**Case Management:**

☒ Title 19 Note (Please include UCI number below)    Date: _5/7/04_

☒ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☒ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☒ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☒ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
Date:

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☐ No Action Necessary/Taken
Date:

☐ Facility Notes
Date:

**Comments:** (Please do not use consumer names or initials.)

_ROSE O. MENDOZA_
RSP (Print Name)

_Rose O. Mendoza_
RSP Signature        Date

_Amanda_    _4-28-04_
Monitor's Signature        Date

EXHIBIT BB
EX - 10

ACRC #636 (Rev. 7/03)

# ATLA CALIFORNIA REGIONAL CENTER
## Unannounced Facility Monitoring Visit

| Facility Name: _Jasmine Hall, 5_ | Date of Visit: _8/9/05_ |
|---|---|
| Monitor's Name: _Denise Hopkins_ | Title: _Service Coordinator_ |
| Number of Staff Present in Facility: _3_ | Number of Consumers Present in Facility: _4_ |

| Purpose of Visit: | | |
|---|---|---|
| ☒ Routine Unannounced Visit | ☐ Quarterly Review | ☐ QA Investigation |

## Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

### Case Management:

☐ Title 19 Note (Please include UCI number below)    Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
Date:

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☐ No Action Necessary/Taken

☐ Facility Notes
Date:

**Comments:** (Please do not use consumer names or initials.)

_Xochilt Zimmerly_
RSP (Print Name)

_Xochilt Zimmerl_   _8-9-0_
RSP Signature         Date

_Dh. Jones_  _8/9/05_
Monitor's Signature   Date

cc: Facility File

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: _Jasmine Hall #5_ | Date of Visit: _3.29.06_ | |
|---|---|---|
| Monitor's Name: _Denise Hopkins_ | Title: _SC_ | Unit Code: _J04_ |
| Number of Staff Present in Facility: _2_ | Number of Consumers Present in Facility: _3_ | |
| Purpose of Visit:<br>☒ Routine Unannounced Visit  ☐ Quarterly Review  ☐ QA Investigation | | |

**Documentation Completed in Conjunction with Visit:** (Please ☒ all that apply)

## Case Management:

☐ Title 19 Note (Please include UCI number below)   Date:

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

## Quality Assurance:

☐ Facility Action Report<br>Date:

☐ Substantial Inadequacies<br>Date:

☐ Sanctions<br>Date:

☐ QA Recommendations<br>Date:

☐ No Action Necessary/Taken<br>Date:

☐ Facility Notes<br>Date:

_Medication Review completed at this visit._

RSP (Print Name) _GRACE DARWIN_

Monitor's Signature _Dh Ang_   Date _3/29/06_

RSP Signature _Grace Darwin_   Date _3-29-206_

EXHIBIT BB
EX - 10

387

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: _Jasmine Halls_ | | Date of Visit: 5 / 23 / 06 | |
|---|---|---|---|
| Monitor's Name: _Denise Hopkins_ | | Title: _SC_ | Unit Code: _304_ |
| Number of Staff Present in Facility: _2_ | | Number of Consumers Present in Facility: _3_ | |

Purpose of Visit:
☒ Routine Unannounced Visit   ☐ Quarterly Review   ☒ QA Investigation

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)    Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report
Date:

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☐ No Action Necessary/Taken
Date:

☐ Facility Notes
Date:

Staff Grace & Antonio Darwen present.

GRACE DARWIN
RSP (Print Name)

_DHopkins 5/23/06_
Monitor's Signature          Date

_Grau Darwin 5-23-06_
RSP Signature          Date

ACRC #669 Rev. (5/04)

# ATLA CALIFORNIA REGIONAL CENTER

## Unannounced Facility Monitoring Visit

| Facility Name: Jasmine Hall II | Date of Visit: 6/17/06 |
|---|---|
| Monitor's Name: Denise Hopkins | Title: Service Coordinator |
| Number of Staff Present in Facility: 3 | Number of Consumers Present in Facility: 3 |

| Purpose of Visit: ☒ Routine Unannounced Visit | ☐ Quarterly Review | ☐ QA Investigation |
|---|---|---|

### Documentation Completed in Conjunction with Visit: (Please ☒ all that apply)

#### Case Management:

☐  Title 19 Note (Please include UCI number below)    Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

#### Quality Assurance:

☐ Facility Action Report
Date:

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☐ No Action Necessary/Taken

☐ Facility Notes
Date:

**Comments:** (Please do not use consumer names or initials.)

Monitor's Signature _____ Date 6/17/05

RSP (Print Name) ROSE MENDOZA

RSP Signature Rose mendoza   Date 6-17-05

EXHIBIT BB
EX - 10

cc: Facility File

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: JASMINE #5 | Date of Visit: 11/3/06 | |
|---|---|---|
| Monitor's Name: ELIZABETH MARIO | Title: ACRC SC | Unit Code: JO1 |
| Number of Staff Present in Facility: 2 | Number of Consumers Present in Facility: 2 | |
| Purpose of Visit: ☑ Routine Unannounced Visit | ☑ Quarterly Review | ☐ QA Investigation |

### Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

**Case Management:**

☑ Title 19 Note (Please include UCI number below)    Date: 11/3/06

☑ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☑ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd N/A |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report     ☐ Substantial Inadequacies     ☐ Sanctions
Date:                        Date:                            Date:

☐ QA Recommendations     ☑ No Action Necessary/Taken     ☐ Facility Notes
Date:                     Date: 11/3/06                   Date:

Monitor's Signature    Date 11/3/06

ESTELA O. HALL RSP
RSP (Print Name)

Estela O. Hall  12/2/06
RSP Signature    Date

EXHIBIT BB
EX – 10

390

ACRC #669 Rev. (5/04)

# Alta California Regional Center

# Unannounced Facility Monitoring Visit

| Facility Name: JASMINE HALL VI | Date of Visit: 9-11-03 |
|---|---|
| Monitor's Name: JAMES T. WILLIAMS | Title: SERVICE COORDINATOR |
| Number of Staff Present in Facility: 3 | Number of Consumers Present in Facility: 4 |

Purpose of Visit:
☒ Routine Unannounced Visit          ☐ Quarterly Review          ☐ QA Investigation

**Documentation Completed in Conjunction with Visit:** (Please ☒ all that apply)

**Case Management:**

☒ Title 19 Note (Please include UCI number below)     Date: 9-12-03

☐ Quarterly review   (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☐ Facility Action Report        ☐ Substantial Inadequacies        ☐ Sanctions
Date:                            Date:                             Date:

☐ QA Recommendations            ☐ No Action Necessary/Taken        ☐ Facility Notes
Date:                            Date:                             Date:

**Comments:** (Please do not use consumer names or initials.)


MABEL TETTEH
RSP (Print Name)

_James J. Williams_  9-11-03          Mabel Tetteh  9/11/03
Monitor's Signature        Date          RSP Signature        Date

# Alta California Regional Center

## Unannounced Facility Monitoring Visit

| Facility Name: Jas. Hall #6 | Date of Visit: 2-5-04 |
|---|---|
| Monitor's Name: Kristi Whitmire | Title: QA Liaison |
| Number of Staff Present in Facility: 3 | Number of Consumers Present in Facility: 2 |
| Purpose of Visit: ☐ Routine Unannounced Visit    ☐ Quarterly Review    ☒ QA Investigation | |

**Documentation Completed in Conjunction with Visit:** (Please ☒ all that apply)

**Case Management:**

☐ Title 19 Note (Please include UCI number below)     Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

**Quality Assurance:**

☒ Facility Action Report
Date: 2-5-04

☐ Substantial Inadequacies
Date:

☐ Sanctions
Date:

☐ QA Recommendations
Date:

☐ No Action Necessary/Taken
Date:

☐ Facility Notes
Date:

**Comments:** (Please do not use consumer names or initials.)

Lena Tamakloe
RSP (Print Name)

Lena Tamakloe
RSP Signature          Date

Kristi Whitmire        2/5/04
Monitor's Signature       Date

ACRC #669 (6/03)

# Alta California Regional Center

# Unannounced Facility Monitoring Visit

| Facility Name: JASMINE HALL #6 | Date of Visit: 2-10-05 | |
|---|---|---|
| Monitor's Name: JAMES T. WILLIAMS | Title: ACRC SC | Unit Code: J09 |
| Number of Staff Present in Facility: 4 | Number of Consumers Present in Facility: 4 | |

Purpose of Visit:
☒ Routine Unannounced Visit          ☐ Quarterly Review          ☐ QA Investigation

## Documentation Completed in Conjunction with Visit: (Please ☑ all that apply)

### Case Management:

☐ Title 19 Note (Please include UCI number below)     Date:

☐ Quarterly review  (Please complete the following for each consumer reviewed)

| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
|---|---|---|---|---|
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |
| UCI: | ☐ Annual | ☐ 1st | ☐ Semi | ☐ 3rd |

### Quality Assurance:

☐ Facility Action Report     ☐ Substantial Inadequacies     ☐ Sanctions
  Date:                        Date:                           Date:

☐ QA Recommendations         ☐ No Action Necessary/Taken     ☐ Facility Notes
  Date:                        Date:                           Date:

x MABEL TETTEH
RSP (Print Name)

Mabel Tetteh    2/10/05
RSP Signature    Date

James T. Williams    2-10-05
Monitor's Signature    Date

EXHIBIT BB
EX - 10

393

ACRC #669 Rev. (5/04)

# BEHAVIORS ACCEPTED

A.   Which behaviors will you accept in your facility at the time of admission?

State "Yes" or "No" next to every behavior. After "Other," list any other related behavior(s) that you will accept.

Then indicate the highest frequency and level of severity you will accept for each behavior. See "Key" below.

Key:   **Frequency**

H – Hourly
D – Daily

W – Weekly
M – 1-2 Times per month
Y – Yearly   Yes

**Severity**

2 – Minor: Requires minimal staff intervention/low risk
3 – Moderate: Requires enriched staff intervention/moderate risk
4 – Intensive: Requires structured, planned intervention/high risk

| Behaviors | Yes/No | Frequency | Severity |
|---|---|---|---|
| 1. Eating Behaviors | | | |
| • Eating inedible objects | Yes | D | 3 |
| • Binge/purge | Yes | D | 4 |
| • Compulsive over-eating | Yes | D | 4 |
| • Fast pace | Yes | D | 4 |
| • Regurgitation | Yes | D | 4 |
| • Food stealing at meal time | Yes | D | 4 |
| • Other | | | |
| 2. Hoarding | | | |
| • Food | Yes | D | 4 |
| • Found objects | Yes | D | 4 |
| • Other | | | |
| 3. Self-Stimulation | | | |
| • Rocking | Yes | D | 4 |
| • Flapping | Yes | D | 4 |
| • Mouthing objects | Yes | D | 4 |
| • Playing with spit | Yes | D | 4 |
| • Other | | | |
| 4. Resistiveness | | | |
| • To daily routine/transitions | Yes | D | 4 |
| • To work | Yes | D | 4 |
| • To getting out of bed | Yes | D | 4 |
| • To requests | Yes | D | 4 |
| • To social involvement | Yes | D | 4 |
| • Other | | | |

EXHIBIT BB
EX -11

| Behaviors | Yes/No | Frequency | Severity |
|---|---|---|---|
| 5.   Inappropriate Undressing | | | |
| •   Stripping in facility | Yes | D | 4 |
| •   Stripping in public | Yes | D | 4 |
| •   Other | | | |
| 6.   Verbal Abuse | | | |
| •   Yelling/screaming | Yes | D | 4 |
| •   Cursing | Yes | D | 4 |
| •   Making threats | Yes | D | 4 |
| •   Other | | | |
| 7.   Hyperactivity | | | |
| •   Pacing | Yes | D | 4 |
| •   Bolting | Yes | D | 4 |
| •   Other | | | |
| 8.   Inappropriate Masturbation | | | |
| •   In facility/consumer areas | Yes | D | 4 |
| •   In public | Yes | D | 4 |
| •   Other | | | |
| 9.   Feces smearing | | | |
| •   When unattended on the toilet | Yes | D | 4 |
| •   Other | | | |
| 10.  Stealing | | | |
| •   Going through other residents' belongings | Yes | D | 4 |
| •   Taking items from care home | Yes | D | 4 |
| •   Shoplifting | Yes | D | 4 |
| •   Other | | | |

EXHIBIT BB
EX -11

12

C.   Property Destruction

In this section please use the following key:

Frequency                    Severity

H – Hourly                   2 – Minor: No damage results from behavior.
D – Daily                    3 – Moderate:   Minor damage repairable
W – Weekly                   4 – Intensive:   Damage not repairable
M – 1-2 Times per month
Y - Yearly

|  | Yes | D | 4 |
|---|---|---|---|
| **Behaviors** | **Yes/No** | **Frequency** | **Severity** |
| 1. Property Destruction (Other's Property) | | | |
| • Punch/kick holes in walls | Yes | W | 4 |
| • Throws furniture | Yes | W | 4 |
| • Pulls items off walls/tables/curtains | Yes | W | 4 |
| • Rips curtains/upholstery/bedding | Yes | W | 4 |
| • Other | | | |
| 2. Property Destruction (Own Property) | | | |
| • Tears own clothes | Yes | W | 4 |
| • Breaks possessions | Yes | W | 4 |
| • Tears up own room | Yes | W | 4 |
| • Other | | | |

D.                              HIGH RISK BEHAVIORS

| A. Criminal Justice Behaviors | Yes/No | History Only | Penal Code/ Misdemeanor | Penal Code/Felony |
|---|---|---|---|---|
| • Burglary | Yes | | x | |
| • Substance abuse | Yes | | x | |
| • Homicidal threats | Yes | x | | |
| • Homicide | No | x | | |
| • Animal cruelty | Yes | x | | |
| • Rape | Yes | x | | |
| • Child molestation | Yes | | x | |
| • Exposing self | Yes | | x | |
| • Domestic abuse | Yes | | x | |

In this section please use the following key:

Frequency

H – Hourly
D – Daily
W – Weekly
M – 1-2 Times per month
Y - Yearly

| B. Other High Risk Behaviors | Yes/No | Frequency |
|---|---|---|
| • Depressive-like behaviors | Yes | D |
| • Suicidal threats | Yes | W |
| • Suicide attempts | Yes | M |
| • AWOL – leaves area in attempt to runaway, does not return. | Yes | W |
| • Wanders – leaves area due to distraction, usually returns. | Yes | W |
| • Fire – setting | Yes | |
| 1. Exhibited within last year (12 mos.) | Yes | |
| 2. Exhibited within last 1 – 3 years | | |
| 3. History only more than 3 years ago | | |

14

BB
Ex-12

## NARRATIVE

### George K. HALL (DOB: 05/05/1945;

*Commercial Database Results*
- Property records indicate George K. HALL owns the following real properties in California:
  - o  1 Goff Ct., Sacramento, CA, 2006 total assessed value $92,901 (sold by Estella HALL to George K. HALL on 04/19/1999 - Gift Deed)
  - o  5 Pasture Ct., Sacramento, CA, 2006 total assessed value $149,238
  - o  1601 Ferran Ave., Sacramento, CA, 2006 total assessed value $72,389
  - o  2095 18th Ave., Sacramento, CA, 2006 total assessed value $80,129
  - o  2141 10th Ave., Sacramento, CA, 2006 total assessed value $85,186
  - o  3965 Martin Luther King Blvd., Sacramento, CA, 2006 total assessed value $58,999
  - o  4020 47th St., Sacramento, CA, 2006 total assessed value $65,554
  - o  5447 Bartig Way, Citrus Heights, CA, 2006 total assessed value $316,200
  - o  5729 39th St., Sacramento, CA, 2006 total assessed value $103,147
  - o  5949 Brett Dr., Sacramento, CA, 2006 total assessed value $331,500 (sold by Gina NASH to George K. HALL on 04/01/2005 - individual deed)
  - o  6433 S. Land Park Dr., Sacramento, CA, 2006 total assessed value $70,330