1  BALDWIN J. LEE (BAR NO. 187413)
   AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
2  JENNIE L. LEE (BAR NO. 191350)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
4  San Francisco, CA  94111-4074
   Phone:  (415) 837-1515
5  Fax:  (415) 837-1516
   E-Mail:  blee@allenmatkins.com
6          awintersheimer@allenmatkins.com
           jlee@allenmatkins.com
7
   Attorneys for Defendants
8  JASMINE HALL CARE HOMES, INC., HALL CARE
   HOMES, INC., GEORGE K. HALL, ESTELA HALL
9
                    UNITED STATES DISTRICT COURT
10
                  EASTERN DISTRICT OF CALIFORNIA
11

12
   ELAINE CHAO, SECRETARY OF LABOR,        Case No. 2:05-CV-1307-GEB-KJM
13 UNITED STATES DEPARTMENT OF
   LABOR,                                  **DEFENDANTS' SEPARATE STATEMENT
14                                         OF UNDISPUTED MATERIAL FACTS IN
                  Plaintiff,               SUPPORT OF CROSS-MOTION FOR
15                                         PARTIAL SUMMARY JUDGMENT**
           vs.
16                                         Date:    May 14, 2007
   JASMINE HALL CARE HOMES, INC., a        Time:    9:00 a.m.
17 corporation, HALL CARE HOMES, INC., a   Ctrm:    10
   corporation, GEORGE K. HALL, an individual, Judge: Hon. Garland E. Burrell
18 and ESTELA HALL, an individual,
                                           Trial Date:   July 24, 2007
19                Defendants.

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

708379.01/SF

Case No.  2:05-CV-1307-GEB-KJM
Defs' Sep. Statement in Support of Cross-Mtn for Partial SJ

## PARTIAL SUMMARY JUDGMENT NO. 1

### PLAINTIFF'S CLAIM FOR WILLFUL VIOLATION OF THE FAIR LABOR STANDARDS ACT FAILS AS A MATTER OF LAW:

| Undisputed Material Fact | Basis |
|---|---|
| 1.  The Department of Labor investigated Defendants in 1998. | Declaration of DOL Investigator Sheila Creel (submitted by DOL in support of its Motion for Summary Judgment), ¶ 59.<br><br>*See also* DOL FLSA Compliance Action Report (attached as Ex. A to Decl. of Baldwin J. Lee in Support of Cross-Motion for Summary Judgment ("Lee Decl.")); DOL FLSA Narrative (attached as Ex. B to Lee Decl.). |
| 2.  The Department of Labor found no violations and assessed no penalties. | Creel Decl., ¶ 59 ("no violations were found").<br><br>*See also* DOL FLSA Compliance Action Report (Lee Decl., Ex B) ("ER provides 24 hr residential care to dev disabled adults . . . . No violations found."). |

Dated:  April 30, 2007

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP


By:   /s/ Baldwin J. Lee
      BALDWIN J. LEE

      Attorneys for Defendants
      George Hall, Estela Hall, Hall Care Homes,
      Inc., and Jasmine Hall Care Homes, Inc.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

708379.01/SF

Case No.  2:05-CV-1307-GEB-KJM
Defs' Sep. Statement in Support of Cross-Mtn for Partial SJ