BALDWIN J. LEE (BAR NO. 187413)
AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail:  blee@allenmatkins.com
         awintersheimer@allenmatkins.com
         jlee@allenmatkins.com

Attorneys for Defendants
JASMINE HALL CARE HOMES, INC., HALL CARE
HOMES, INC., GEORGE K. HALL, ESTELA HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE HALL CARE HOMES, INC., a corporation, HALL CARE HOMES, INC., a corporation, GEORGE K. HALL, an individual, and ESTELA HALL, an individual,<br><br>Defendants. | Case No. 2:05-CV-1306-GEB-KJM<br><br>**DECLARATION OF BALDWIN J. LEE IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   May 14, 2007<br>Time:   9:00 a.m.<br>Ctrm:   10<br>Judge:  Hon. Garland E. Burrell<br><br>Trial Date:   July 24, 2007 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

708627.01/SF

Case No. 2:05-CV-1306-GEB-KJM
Decl. of Baldwin J. Lee in Support of Defs Cross-Mtn for Partial SJ

I, Baldwin J. Lee, declare as follows:

1. I am a partner at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for the Defendants -- George Hall, Estela Hall, and Hall Care Homes, Inc. and Jasmine Hall Care Homes, Inc. (collectively "Hall Care Homes") -- in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A is a true and correct copy of the September 14, 1998 Department of Labor ("DOL") Compliance Report, Bates stamped DOL 1846, produced by the DOL in this action.

3. Attached as Exhibit B is a true and correct copy of the FLSA Narrative from the 1998 investigation produced by the DOL in this action. Among other things, the FLSA Narrative states, "ER provides 24 hr residential care to dev disabled adults . . . . No violations found."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2007, at San Francisco, California.

/s/ Baldwin J. Lee
Baldwin J. Lee

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

708627.01/SF

-2-
Case No. 2:05-CV-1306-GEB-KJM
Decl. of Baldwin J. Lee in Support of Defs Cross-Mtn for Partial SJ

# EXHIBIT A

| Compliance Action Report | U.S. Department of Labor |
| --- | --- |
| | Employment Standards Administration |
| | Wage and Hour Division |

**1. Case Number**
- Year: 98
- Area: 913
- Serial No.: 00238

**2. Area Office Cross Reference File No:**

**3. CO ID:** 11

**4. Area Office Location:** Sacramento

**5. Investigation Type:** INV ☒  CONC ☐  OTH ☐

**6. Investigation Program:**

**7. Special Investigation Code:** C

**8. Establishment**
- Trade Name: JASMINE-HALL II
- Legal Name: DR. GEORGE K. HALL
- Street Address: 3965 Martin Luther King
- City: Sacramento
- State: CA
- ZIP: 95820
- County Code: 06067
- SIC Code: 8361
- Firm W/Estab. Outside AO Jurisdiction: Yes ☐  No ☒
- Establishment Code:

**9. Parent Co.**
- Name:
- Street Address:
- City:
- State:
- ZIP:
- Parent Establishment ID:

**10. Reinvestigation:** Yes ☐  No ☒

**11. Recurring Violation:** Yes ☐  No ☒

**12. BNPI:** 0

**13. Number of Employees:** Under 10 ☐  10-49 ☒  50-99 ☐  100-249 ☐  250-499 ☐  500-1000 ☐  Over 1000 ☐

**14. Period Investigated:** From: 06/96  To: 06/98

**15. BW Installments Collected by AO:** Yes ☐  No ☒

**16. Other Action:** Yes ☐  No ☒

**Monetary Findings and Agree to Pay**

| 17. Act | | 18. Employee (Findings) | 19. Amount (Findings) | 20. Employee (Agree To Pay) | 21. Amount (Agree To Pay) | 22. Computed Liquidated |
| --- | --- | --- | --- | --- | --- | --- |
| A. FLSA | MW | 0 | 0 | 0 | 0 | |
| | OT | 0 | 0 | 0 | 0 | |
| | Unduplicated | 0 | | 0 | | |
| B. PCA | MW | 0 | 0 | 0 | 0 | |
| | OT | 0 | 0 | 0 | 0 | |
| | Unduplicated | 0 | | 0 | | |
| C. SCA | MW | 0 | 0 | 0 | 0 | |
| | FR | 0 | 0 | 0 | 0 | |
| | OT (CWHSSA) | 0 | 0 | 0 | 0 | 0 |
| | Unduplicated | 0 | | 0 | | |
| D. DBRA | MW | 0 | 0 | 0 | 0 | |
| | OT (CWHSSA) | 0 | 0 | 0 | 0 | 0 |
| | Unduplicated | 0 | | 0 | | |
| E. SMW | Act / Program | | | | | |
| F. Other | | | | | | |
| G. Unduplicated Grand Total | | 0 | 0 | 0 | 0 | 0 |

**23. Auxiliary Act Employee Counts**
- Garnishment Exc.:
- Garnishment Ill.:
- Art and Humanities:
- Other Aux. Act:
- Count:

**24. CO Signature:** Carol Stephenson   **Date:** 09/14/98
**Reviewed by:** [signature] Carol Stephenson   **Date:** 9/14/98

**25. Trailer Forms Attached:** CL ☐  SMW ☐  MSPA ☐  Other ☐

**26. Concl. & Recomm.:** FY-98 Nat'l HC Inv Survey. ER provides 24 hr residential care to dev disabled adults 3(s)(1)(B) cov'd. No exemptions apply. No violations found. FC w/ Dr. Hall at DO on 8/8/98 MW OT RK CL & HW disc. ATFC.

# EXHIBIT B

File # 98-913-00238
Jasmine Hall II
Legal Name: Dr. George K. Hall
6433 South Land Park
Sacramento, CA 95820
Contact Person: Dr. George Hall
Telephone: 916 324-2355 (work)
          916 424-6175 (home)

## FLSA NARRATIVE

This investigation is part of the FY-98 National Group Home/Residential Care Investigative Survey.

**COVERAGE**: The firm consists of four facilities. Jasmine Hall I & II are a sole-proprietorship owned and operated by Dr. George K. Hall; EIN 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. Jasmine Hall III & IV is a California corporation legal name Hall Care Homes, Inc. with Dr. George K. Hall as President; EIN 68-0227504. Address list of all four branches can be found in Exhibit C-1.

The firm provides 24 hour care for 22 developmentally disabled adults.. The firm employs 6 to 7 workers weekly (C-1). Employees of the firm handle IC goods such as General Mills cream of wheat from Minn., napkins and paper products from Texas, apples from Washington..

The enterprise (all 4 branches) and all employees of the enterprise are covered under Section 3(s)(1)(B) of the Fair Labor Standards Act (FLSA) for the entire period of investigation. Investigation period 6-1-96 to 6-1-98.

**EXEMPTIONS**: None in dispute.

**STATUS OF COMPLIANCE:**

No violations found.

Employees are paid a salary including credit for meals and lodging for employees permanently residing on the premises. Employees residing on the premises meet the criteria of the DOL 120 hour enforcement policy. Salary, meal and lodging credit exceeds minimum wage and no overtime hours are worked.

Part-time relief employees not considered residing on the premises for extended periods of time are paid hourly.

**DISPOSITION**: Final conference held by Investigator Viola Taylor and Rubin Mayorga with Dr. George K. Hall at the District Office on 8/8/98. MW, OT, RK ,CL and

HW (Reg 785) were discussed. Including 785.20 - 785.23   Dr. Hall was advised if overtime was worked meal and lodging credit must be included in the regular rate of pay. The firm ATFC.

Publications provided: 785, 778, HRG, Fact Sheet 33.

Recommendations:

Viola Taylor, *for C. Stephenson*
Investigator