ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
JENNIE L. LEE (BAR NO. 191350)
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  blee@allenmatkins.com
          awintersheimer@allenmatkins.com
          jlee@allenmatkins.com
Attorneys for Defendants
JASMINE HALL CARE HOMES, INC., HALL
CARE HOMES, INC., GEORGE K. HALL, AND
ESTELA HALL

LAWRENCE BREWSTER, Regional Solicitor
DAVID KAHN, Counsel for ESA Programs
JAN M. COPLICK, Senior Trial Attorney
(Bar No. 124503)
Designated Counsel for Service
E-Mail: Coplick.Jan@dol.gov
ANDREW SCHULTZ, Trial Attorney
Regional Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103

Telephone:  (415) 625-7751
Facsimile:   (415) 625-7772

Attorneys for Plaintiff, Secretary of Labor

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JASMINE HALL CARE HOMES, INC., a corporation, HALL CARE HOMES, INC., a corporation, GEORGE K. HALL, an individual, and ESTELA HALL, an individual,<br><br>　　　　　Defendants. | Case No. 2:05-CV-1306-GEB-KHM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DATES OF SUMMARY JUDGMENT HEARING and PRETRIAL CONFERENCE**<br><br>Trial Date:  November 27, 2007 |

Whereas the Court has set the hearing on Plaintiff's motion for summary judgment and Defendants' cross-motion for partial summary judgment (the "Summary Judgment Motions") on June 11, 2007 and extended the briefing deadlines accordingly;

Whereas counsel for Defendants is unavailable during the week of June 11 to 15, 2007; and

Whereas the parties are all available for hearing on June 18, 2007;

Whereas, counsel for Plaintiff is unavailable on August 13, 2007, the date on which the Court has set the Pre-Trial Conference;

Whereas the parties are all available on August 6, 2007;

Accordingly, the parties stipulate as follows:

(1)     The June 11, 2007 hearing on the Summary Judgment Motions be reset to June 18, 2007 at 9:00 a.m.;

(2)     The briefing deadlines set by the Court in its May 1, 2007 order be extended by one week so that Plaintiff's reply in support of its summary judgment motion and opposition to Defendants' cross-motion for partial summary judgment are due by May 28, 2007 and Defendants' reply in support of its cross-motion for partial summary judgment is due by June 6, 2007; and

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

Case No.  2:05-CV-1306-GEB-KHM
STIPULATION AND ORDER RE DATES OF SUMMARY JUDGMENT HEARING and PRETRIAL CONFERENCE

(3)  The August 13, 2007 Pre-Trial Conference be reset to August 6, 2007, at 1:30 p.m., with the parties' joint Pre-Trial Conference Statement due on July 27, 2007.

Dated:  May 10, 2007                ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP


                        By:     _____
                                BALDWIN J. LEE
                                Attorneys for Defendants
                                JASMINE HALL CARE HOMES, INC.,
                                HALL CARE HOMES, INC., GEORGE
                                K. HALL and ESTELA HALL


Dated:  May 10, 2007                JONATHAN L. SNARE
                                    Acting Solicitor of Labor
                                    LAWRENCE BREWSTER
                                    Regional Solicitor
                                    DAVID KAHN
                                    Counsel for ESA Programs


                        By:  \s\ Jan M. Coplick
                                JAN M. COPLICK
                                Senior Trial Attorney


                                Attorneys for Plaintiff
                                ELAINE CHAO, SECRETARY OF
                                LABOR, UNITED STATES
                                DEPARTMENT OF LABOR


                        O R D E R

        Based upon the stipulation of the parties, the terms of the Stipulation, as stated herein, are so ORDERED.


Dated: May 15, 2007         _____
                                HON. GARLAND E. BURRELL, JR.
                                Judge of the United States District Court