# EXHIBIT A

# TO SUPPL. DECL. OF BALDWIN J. LEE IN SUPPORT OF DEFS.' MTN RE PLF'S VIOLATION OF SCH. ORDER [FRCP 16(f)]

1   ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
2   BALDWIN J. LEE (BAR NO. 187413)
    AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
3   JENNIE L. LEE (BAR NO. 191350)
    Three Embarcadero Center, 12th Floor
4   San Francisco, CA  94111-4074
    Phone:  (415) 837-1515
5   Fax:  (415) 837-1516
    E-Mail:  blee@allenmatkins.com
6              awintersheimer@allenmatkins.com
               jlee@allenmatkins.com
7
    Attorneys for Defendants
8   JASMINE HALL CARE HOMES, INC., HALL CARE
    HOMES, INC., GEORGE K. HALL, AND ESTELA
9   HALL

10  OFFICE OF THE SOLICITOR
    UNITED STATES DEPARTMENT OF LABOR
11  LAWRENCE BREWSTER
    MARY K. ALEJANDRO
12  JAN M. COPLICK (BAR NO. 124503)
    71 Stevenson Street, Suite 1110
13  San Francisco, CA  94105
    E-Mail:  coplick.jan@dol.gov
14
    Attorneys for Plaintiff
15  ELAINE CHAO, SECRETARY OF LABOR, UNITED
    STATES DEPARTMENT OF LABOR
16

17              UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | Case No. 2:05-CV-1306-GEB-KHM |
| 21  LABOR, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION REGARDING PLAINTIFF'S VIOLATION OF COURT'S SCHEDULING ORDER [RULE 16]** |
| 22              Plaintiffs, | |
| 23         vs. | |
| 24  JASMINE HALL CARE HOMES, INC., a corporation, HALL CARE HOMES, INC., a | Trial Date:  November 27, 2007 |
| 25  corporation, GEORGE K. HALL, an individual, and ESTELA HALL, an individual, | |
| 26 | |
| 27              Defendants. | |

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

O.01/

1    Whereas Plaintiff made a motion in March 23, 2007 to extend the Court's April 2, 2007

2   discovery cut-off and then withdrew the motion after Defendants filed an opposition;

3    Whereas Plaintiff served a subpoena on third party Alta California Regional Center

4   ("ACRC") on May 8, 2007, after the discovery cut-off;

5    Whereas Plaintiff's subpoena demanded production of documents on May 17, 2007;

6    Whereas Plaintiff served Defendants with a copy of the subpoena for the first time on May

7   23, 2007, after ACRC had produced documents;

8    Whereas Plaintiff now agrees that issuing a subpoena to a third party after the Court-

9   ordered discovery cut-off violates the Court's scheduling order;

10    Whereas Plaintiff has agreed to withdraw the subpoena to ACRC;

11    Whereas Plaintiff has agreed to return the documents to ACRC; and

12    Whereas Plaintiff agrees not to issue any further discovery after the discovery cut-off;

13    Accordingly, the parties stipulate as follows:

14    (1)    Plaintiff's subpoena issued to ACRC on May 8, 2007 (the "improper subpoena") is

15   withdrawn and void.

16    (2)    Plaintiff shall not issue nor pursue any further discovery after the April 2, 2007

17   discovery cut-off, including any third-party subpoenas.

18    (3)    Plaintiff shall produce by June 30, 2007: (a) a copy of all documents in its

19   possession, custody, or control reflecting communications between Plaintiff and ACRC, including

20   its outside counsel, from April 2, 2007 to the present, including without limitation electronic

21   communications, faxes, written correspondence, and notes of conversations and (b) a copy of all

22   documents reflecting notes or other records taken by Plaintiff including any of its attorneys,

23   employees, agents, or representatives regarding any of the documents produced by ACRC

24   pursuant to the improper subpoena.

25    (4)    Plaintiff's counsel shall provide a declaration by June 30, 2007 to Defendants

26   identifying how many documents were received from ACRC, what the documents were, the date

27   the documents were received, each person who reviewed any of the documents sent by ACRC and

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
.01/

-2-
Case No.  2:05-CV-1306-GEB-KHM
STIPULATION AND ORDER RE MTN RE PLF VIOL OF SCH ORDER

1  what documents that person reviewed.  Plaintiff's counsel also shall certify that all documents and

2  copies of such documents have been returned to ACRC after this log has been created.

3      (5)    Plaintiff shall not utilize any documents or information obtained as a result of the

4  improper subpoena.

5      (6)    Defendants withdraw without prejudice the Motion Regarding Plaintiff's Violation

6  of the Court's Scheduling Order [Rule 16] (Docket Number 69).  This withdrawal is without

7  prejudice to Defendants' right to recovery fees incurred regarding the improper subpoena or for

8  opposing the Motion to Amend Scheduling Order that was withdrawn.

9

10  Dated: June ___, 2007          ALLEN MATKINS LECK GAMBLE
                  MALLORY & NATSIS LLP

11

12            By: _____

13               BALDWIN J. LEE

14               Attorneys for Defendants
             JASMINE HALL CARE HOMES, INC.,

15               HALL CARE HOMES, INC., GEORGE
             K. HALL and ESTELA HALL

16

17  Dated: June ___, 2007          OFFICE OF THE SOLICITOR
                  UNITED STATES DEPARTMENT OF LABOR

18

19

20            By: _____

21               JAN M. COPLICK

22               Attorneys for Plaintiff
             ELAINE CHAO, SECRETARY OF

23               LABOR, UNITED STATES
             DEPARTMENT OF LABOR

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

.01/

-2-

Case No.  2:05-CV-1306-GEB-KHM
STIPULATION AND ORDER RE MTN RE PLF VIOL OF SCH ORDER

1

## ORDER

2    The terms of the Stipulation, as stated herein, are so ORDERED.

3

4    Dated: _____, 2007

5                                          _____
                                           HON. GARLAND E. BURRELL, JR.
6                                          Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

.01/

-3-

Case No.  2:05-CV-1306-GEB-KHM
STIPULATION AND ORDER RE MTN RE PLF VIOL OF SCH ORDER