LAWRENCE BREWSTER
Regional Solicitor
DAVID KAHN
Counsel for ESA Programs
**JAN M. COPLICK, Senior Trial Attorney**
*Designated Counsel for Service*
California State Bar Number 124503
E-Mail: Coplick.Jan@dol.gov
ANDREW SCHULTZ, Trial Attorney
Office of the Solicitor
United States Department of Labor
90 – 7TH Street, Suite 3-700
San Francisco, California 94103
Telephone:  (415) 625-7751
Facsimile:  (415) 625-7772


BALDWIN J. LEE (BAR NO. 187413)
AMY WINTERSHEIMER FINLEY (BAR NO. 163074)
JENNIE L. LEE (BAR NO. 191350)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516

Attorneys for Defendants
JASMINE HALL CARE HOMES, INC.,
HALL CARE HOMES, INC.,
GEORGE K. HALL, AND ESTELLA HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>             Plaintiffs,<br><br>     vs.<br><br>JASMINE HALL CARE HOMES, INC., a corporation, HALL CARE HOMES, INC., a corporation, GEORGE K. HALL, an individual, and ESTELA HALL, an individual,<br><br>             Defendants. | Case No. 2:05-CV-1306-GEB-KHM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DETERMINATION OF LEGAL ISSUE RELATING TO 29 C.F.R. SECTION 785.23**<br><br>Judge:        Hon. Garland E. Burrell, Jr.<br>Trial Date:   November 27, 2007 |

1  Whereas the parties met in settlement conference with Magistrate Judge Gregory Hollows
2  on October 9, 2007;
3  Whereas progress was made in settlement discussions but ultimate resolution in settlement
4  requires a ruling on a specific legal issue;
5  Whereas the parties agreed to the following terms set forth by Magistrate Judge Hollows:
6  (a) That the parties submit for determination of the Court the legal issue:  Whether 29
7  C.F.R. section 785.23 is inapplicable to residential care facilities if there is more than one
8  employee per bedroom.
9  (b)  That the trial date and all other pending dates be vacated;
10  (c) That a further settlement conference be calendared after determination of the
11  motions.
12  ACCORDINGLY, the parties request that the Court issue such an order.

Dated:  October 12, 2007

OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR


By:   /s/ Jan. M. Coplick
JAN M. COPLICK
Attorneys for Plaintiff
ELAINE CHAO, SECRETARY OF
LABOR, UNITED STATES
DEPARTMENT OF LABOR


Dated:  October 12, 2007

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP


By:   /s/ Baldwin J. Lee
BALDWIN J. LEE
Attorneys for Defendants
JASMINE HALL CARE HOMES, INC.,
HALL CARE HOMES, INC., GEORGE
K. HALL and ESTELA HALL

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

724120.02/SF

-2-
Case No.  2:05-CV-1306-GEB-KHM
STIP AND [PROPOSED] ORDER RE LEGAL ISSUE

## ORDER

IT IS HEREBY ORDERED that:

(1)   The parties shall file cross-motions for partial summary judgment regarding the following issue:  Whether 29 C.F.R. section 785.23 is inapplicable to residential care facilities if there is more than one employee per bedroom.

The briefing schedule shall be as follows:

Plaintiff shall file her brief by……………………………….November 5, 2007.

Defendants shall file their opposition/cross-motion by……..November 19, 2007.

Plaintiff shall file her reply, if any, by ……………………...December 3, 2007.

Defendants shall file their cross-reply, if any, by…………...December 10, 2007.

This matter shall be heard on……………………………….December 17, 2007.

(2)   The November 27, 2007 trial date and all other pending dates and hearings are vacated and taken off calendar.

(3)   A further settlement conference before Magistrate Judge Gregory Hollows shall be set after the Court rules upon the cross-motions for partial summary judgment.

Dated:  October 24, 2007

GARLAND E. BURRELL, JR.
United States District Judge