1994 WL 1004883                                                                                  Page 1
1994 WL 1004883 (DOL WAGE-HOUR)
**(Publication page references are not available for this document.)**

```
                         Wage and Hour Division
                      United States Department of Labor

                               Opinion Letter
                        Fair Labor Standards Act (FLSA)
                              November 15, 1994
```

\*\*\*

   This is in response to your inquiry on behalf of Mr. and Mrs. \*\*\*. Your constituents are concerned about the application of an enforcement policy under the Fair Labor Standards Act (FLSA) that is applicable to employees of residential care (group home) establishments.

   The FLSA is the Federal law of most general application concerning wages and hours or work. This law requires that all covered and nonexempt employees be paid not less than the minimum wage of $4.25 an hour and not less one and one-half times their regular rates of pay for all hours worked over 40 in a workweek.

   Employees of residential care establishments are responsible for the care and well being of the clients/residents who, because of mental and/or physical impairments, are unable to care for themselves without supervision. The duties of such employees require them to remain on their employer's premises overnight. This raises the issue of what time spent on the premises is considered to be working time (hours worked) for FLSA purposes. The amount of money that an employee should receive under the FLSA cannot be determined without knowing the number of hours worked by employees.

   The principles with respect to hours worked under the FLSA are discussed in  29 CFR Part 785 (copy enclosed). Those principles have been amplified and clarified with respect to group home employees as indicated in the group home enforcement policy of June 30, 1988 (copy enclosed). The policy, which was developed after extensive consultation with representatives of the residential care industry, is self-explanatory. It deals primarily with the conditions under which "sleep time" may be deducted from the hours worked by group home employees in determining their FLSA compensation. The group home enforcement policy represents a relaxation of the rules to accommodate practices in the industry.

   Where it is not possible for a group home employer to employ employees under the conditions described in the policy, the employer may not be able to deduct sleep time from hours worked. In this regard, see §§785.20 - 785.22 of Part 785 and page 5 of the enforcement policy. Thus, compensation policies may have to be revised by the employer.

   If we can be of further assistance, please do not hesitate to contact this office.

Sincerely,

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

1994 WL 1004883    Case 2:05-cv-01306-GEB-KJN   Document 95-5   Filed 11/05/07   Page 2 of 2    Page 2
1994 WL 1004883 (DOL WAGE-HOUR)
**(Publication page references are not available for this document.)**

Daniel F. Sweeney

Deputy Assistant Administrator

Enclosures

 1994 WL 1004883 (DOL WAGE-HOUR)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.