IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASMINE HALL CARE HOMES, INC., a corporation; HALL CARE HOMES, INC., a corporation; GEORGE K. HALL, an individual; and ESTELLA HALL, an individual,<br><br>　　　　　Defendants. | 2:05-cv-01306-GEB-KJM<br><br>ORDER |

　　　　Defendants' motion for a pretrial conference, filed on December 2, 2011, is DENIED since a Pretrial Order has already been filed in this action. (See Pretrial Order, ECF No. 89.)

Dated:　December 5, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

1