IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) | 2:05-cv-01306-GEB-KJN |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| JASMINE HALL CARE HOMES, INC., a corporation; HALL CARE HOMES, INC., a corporation; GEORGE K. HALL, an individual; and ESTELLA HALL, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Page 3 of Exhibit B filed in support of Defendants' Motion in Limine No. 2 contains identifying information prohibited by Federal Rule of Civil Procedure ("Rule") 5.2(a) and Local Rule 140(a). Therefore, Defendants shall file a redacted copy of their Motion in Limine No. 2, which conforms to Rule 5.2(a) and Local Rule 140(a), no later than January 6, 2012.

Further, the Clerk of the Court shall file Defendant's original Motion in Limine No. 2, with exhibits, (ECF No. 145) under seal.

Dated: January 4, 2012

GARLAND E. BURRELL, JR.
United States District Judge

1