IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) ) | 2:05-cv-01306-GEB-KJN |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| JASMINE HALL CARE HOMES, INC., a corporation; HALL CARE HOMES, INC., a corporation; GEORGE K. HALL, an individual; and ESTELLA HALL, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On June 17, 2012, three days before the trial commencement date, Defendants filed a Motion for Leave to File Brief Regarding the Order of Presentation at Trial and a Motion for Trial Management Order, in which they seek a ruling permitting Defendants "to open and close arguments first and to initiate the presentation of evidence," limiting trial to ten days, requiring the parties "to inform each other of the witnesses they intend to call 8 hours in advance of the witness' appearance[,]" and preventing "the parties [from] requir[ing] every witness under subpoena [from] appearing at the courthouse to wait until they are called." (ECF No. 169, 2:7-10; ECF No. 170, 2:3-7.) Plaintiff opposes Defendants' motions. See ECF Nos. 171, 172.

1

1  Since Defendants have not shown why these issues were not
2 raised in the Joint Final Pretrial Conference Statement, Defendants'
3 motions are denied.
4 Dated: June 19, 2012

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```